IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NORTHEAST CONTROLS, INC. and<br>and ST. PAUL MERCURY INSURANCE<br>COMPANY, | :<br>:<br>: | C. A. NO. 1:06-CV-00412 SLR |
| Plaintiffs, | : | |
| v. | : | |
| FISHER CONTROLS INTERNATIONAL,<br>LLC, | :<br>: | |
| Defendant. | : | |

**ENTRY OF APPEARANCE**

PLEASE ENTER my appearance in the above-captioned case on behalf of Defendant Fisher Controls International, LLC.

        **MARON & MARVEL, P.A.**

**BY:** /S/ PAUL A. BRADLEY
Paul A. Bradley (DE Bar ID #2156)
1201 North Market Street, Suite 900
P.O. Box 288
Wilmington, DE  19899-0288
(302) 425-5177
Attorney for Defendant
Fisher Controls International, LLC

Dated:     July 19, 2006

## CERTIFICATE OF SERVICE

I, Paul A. Bradley, Esquire, hereby certify that, on July 19, 2006, I caused a true and correct copy of the Entry of Appearance on behalf of Defendant Fisher Controls International, LLC to be served upon counsel of record via electronic filing.

/s/ Paul A. Bradley
Paul A. Bradley (DE Bar Id No. 2156)

{99999.00936 / W0059585} 1