IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NORTHEAST CONTROLS, INC. and and ST. PAUL MERCURY INSURANCE COMPANY, | : : : : | C. A. NO. 1:06-CV-00412 SLR |
| Plaintiffs, | : | |
| v. | : : | |
| FISHER CONTROLS INTERNATIONAL, LLC, | : : : | |
| Defendant. | : | |

**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**

IT IS HEREBY STIPULATED and AGREED between counsel for plaintiffs, William J. Cattie, III, of Rawle & Henderson, LLP and counsel for defendant, Paul A. Bradley, of Maron & Marvel, P.A. to extend the time to respond to plaintiffs' Complaint no later than August 18, 2006.

**RAWLE & HENDERSON LLP**　　　　　　　**MARON & MARVEL, P.A.**


/s/ William J. Cattie, III　　　　　　　　　　/s/ Paul A. Bradley
William J. Cattie, III (DE ID No. 953)　　　Paul A. Bradley (DE Bar ID #2156)
300 Delaware Avenue, Suite 1015　　　　1201 North Market Street, Suite 900
P.O. Box 588　　　　　　　　　　　　　　P.O. Box 288
Wilmington, DE  19899-0588　　　　　　Wilmington, DE  19899-0288
(302) 778-1200　　　　　　　　　　　　　(302) 425-5177
Attorney for Plaintiffs　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　Fisher Controls International, LLC


Dated:        July 19, 2006

## CERTIFICATE OF SERVICE

I, Paul A. Bradley, Esquire, hereby certify that, on July 19, 2006, I caused a true and correct copy of the Stipulation to Extend Time to Respond to Complaint to be served upon counsel of record via electronic filing.

/s/ Paul A. Bradley
Paul A. Bradley (DE Bar Id No. 2156)