IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NORTHEAST CONTROLS, INC. and<br>ST. PAUL MERCURY INSURANCE<br>COMPANY, | )<br>)<br>) | C.A. No. 1:06-CV-00412 SLR |
| Plaintiffs, | )<br>)<br>) | |
| v. | )<br>) | |
| FISHER CONTROLS<br>INTERNATIONAL, LLC, | )<br>)<br>) | |
| Defendants. | ) | |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Thomas P. Wagner, Esq. to represent Northeast Controls, Inc. and St. Paul Mercury Insurance Company in this matter.

                                                  **RAWLE & HENDERSON, LLP**

                                                  /s/ William J. Cattie, III #953
                                                  William J. Cattie, III, Esq.
                                                  I. D. No. 953
                                                  300 Delaware Avenue
                                                  P. O. Box 588
                                                  Wilmington, DE 19899-0588
                                                  (302) 778-1200
                                                  Attorney for Plaintiffs

Date: August 8, 2006

1337403 v.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NORTHEAST CONTROLS, INC. and ST. PAUL MERCURY INSURANCE COMPANY, <br><br> Plaintiffs, <br><br> v. <br><br> FISHER CONTROLS INTERNATIONAL, LLC, <br><br> Defendants. | C.A. No. 1:06-CV-00412 SLR |

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Pennsylvania and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of the Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Thomas P. Wagner, Esq.
PA I. D. No. 27145
Rawle & Henderson, LLP
The Widener Building
One South Penn Square
Philadelphia, PA 19107
(215) 575-4200

Date: August ___, 2006

1337403 v.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NORTHEAST CONTROLS, INC. and<br>ST. PAUL MERCURY INSURANCE<br>COMPANY, | )<br>)<br>) | C.A. No. 1:06-CV-00412 SLR |
| Plaintiffs, | )<br>)<br>) | |
| v. | )<br>) | |
| FISHER CONTROLS<br>INTERNATIONAL, LLC, | )<br>)<br>) | |
| Defendants. | ) | |

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 8th day of August 2006, a copy of Motion and Order for Admission *Pro Hac Vice* of Thomas P. Wagner was served via US mail and efiling notification upon the following person(s):

Paul A. Bradley
Maron & Marvel, P.A.
1201 N. Market Street, Ste. 900
P.O. Box 288
Wilmington, DE 19899

/s/ William J. Cattie, III
William J. Cattie, III, Esq.
I. D. No. 953
300 Delaware Avenue, Suite 1015
P. O. Box 588
Wilmington, DE 19899-0588
(302) 778-1200
Attorney for Plaintiffs

1334019 v.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NORTHEAST CONTROLS, INC. and<br>ST. PAUL MERCURY INSURANCE<br>COMPANY, | )<br>)<br>)<br>) | C.A. No. 1:06-CV-00412 SLR |
| Plaintiffs, | )<br>) | |
| v. | )<br>) | |
| FISHER CONTROLS<br>INTERNATIONAL, LLC, | )<br>)<br>) | |
| Defendants. | ) | |

**ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE**

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice of Thomas P. Wagner, Esq. is GRANTED.

Date: _____

_____
Sue L. Robinson, J.

1337403 v.1