IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NORTHEAST CONTROLS, INC. and<br>and ST. PAUL MERCURY INSURANCE<br>COMPANY, | :<br>:<br>: | C. A. NO. 1:06-CV-00412 SLR |
| Plaintiffs, | :<br>: | |
| v. | : | |
| FISHER CONTROLS INTERNATIONAL,<br>LLC, | :<br>:<br>: | |
| Defendant. | : | |

## MOTION AND ORDER FOR ADMISSION
## PRO HAC VICE OF DANIEL J. GUNTER

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Daniel J. Gunter of the law firm of Riddell Williams P.S., 1001 Fourth Avenue Plaza, Suite 4500, Seattle, Washington 98454, to represent defendant Fisher Controls International, LLC in this matter.

MARON & MARVEL, P.A.

BY:   /s/ PAUL A. BRADLEY
Paul A. Bradley (DE Bar ID #2156)
1201 North Market Street, Suite 900
P.O. Box 288
Wilmington, DE 19899-0288
(302) 425-5177
Attorney for Defendant
Fisher Controls International, LLC

Dated:      August 18, 2006

{99999.00936 / W0061318}ME1\5688205.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NORTHEAST CONTROLS, INC. and and ST. PAUL MERCURY INSURANCE COMPANY, | : | C. A. NO. 1:06-CV-00412 SLR |
| Plaintiffs, | : | |
| v. | : | |
| FISHER CONTROLS INTERNATIONAL, LLC, | : | |
| Defendant. | : | |

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Washington and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

Date: Aug. 14, 2006        Signed: _____
Daniel J. Gunter
Riddell Williams P.S.
1001 Fourth Avenue, Plaza
Suite 4500
Seattle, WA 98454
(206) 624-3600
(206) 389-1708 facsimile

{99999.00936 / W0061319}

ME1\5687613.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NORTHEAST CONTROLS, INC. and and ST. PAUL MERCURY INSURANCE COMPANY, | : : : : | C. A. NO. 1:06-CV-00412 SLR |
| Plaintiffs, | : : | |
| v. | : : | |
| FISHER CONTROLS INTERNATIONAL, LLC, | : : : | |
| Defendant. | : | |

## ORDER

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date: _____, 2006     _____
                                        United States District Judge

{99999.00936 / W0061317}ME1\5688209.1

## CERTIFICATE OF SERVICE

I, Paul A. Bradley, Esquire, hereby certify that, on August 18, 2006, I caused a true and correct copy of the Pro Hac Vice of Daniel J. Gunter on behalf of Defendant Fisher Controls International, LLC to be served upon counsel of record via electronic filing.

/s/ Paul A. Bradley
Paul A. Bradley (DE Bar Id No. 2156)