IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NORTHEAST CONTROLS, INC. and<br>ST. PAUL MERCURY INSURANCE<br>COMPANY, | )<br>)<br>)<br>) | C.A. No. 1:06-CV-00412 SLR |
| Plaintiffs, | )<br>) | |
| v. | )<br>) | |
| FISHER CONTROLS<br>INTERNATIONAL, LLC, | )<br>)<br>) | |
| Defendants. | ) | |

## STIPULATION

IT IS HEREBY STIPULATED between counsel for plaintiff and counsel for defendant that plaintiff shall have an extension of time to respond to the counterclaim of defendant. This extension expires on September 22, 2006.

**MARON & MARVEL, P.A.**

By: _/s/ Paul A. Bradley_
Paul A. Bradley, Esquire
1201 N. Market Street, Suite 900
P.O. Box 288
Wilmington, DE 19899
(302) 425-5177
Attorney for Defendants

**RAWLE & HENDERSON, LLP**

By: _/s/ Thomas P. Wagner_
Thomas P. Wagner, Esq.
The Widener Building
One South Penn Square
Philadelphia, PA 19107
(215) 575-4200
Attorney for Plaintiffs

1353460 v.1