IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NORTHEAST CONTROLS, INC. and and ST. PAUL MERCURY INSURANCE COMPANY, | : | C. A. NO. 1:06-CV-00412 SLR |
| Plaintiffs, | : | |
| v. | : | |
| FISHER CONTROLS INTERNATIONAL, LLC, | : | |
| Defendant. | : | |

## NOTICE OF SERVICE

Please take notice that on this 13th day of October, 2006, Defendant Fisher Controls International, LLC's served two copies of its Initial Disclosures via hand delivery to the following:

William J. Cattie, III, Esquire
**RAWLE & HENDERSON LLP**
300 Delaware Avenue, Suite 1015
P.O. Box 588
Wilmington, DE  19899-0588

MARON MARVEL BRADLEY

& ANDERSON, P.A.

/s/ Paul A. Bradley
Paul A. Bradley (DE Bar ID No. 2156)
1201 North Market Street, Suite 900
P.O. Box 288
Wilmington, DE  19899
Telephone:  (302) 425-5177
Attorney for Defendant,
Fisher Controls International, LLC

{82008.00001 / W0083071}ME1\5688198.1