IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NORTHEAST CONTROLS, INC. and and ST. PAUL MERCURY INSURANCE COMPANY, | : : : : C. A. NO. 1:06-CV-00412 SLR |
| Plaintiffs, | : : |
| v. | : : |
| FISHER CONTROLS INTERNATIONAL, LLC, | : TRIAL BY JURY OF : TWELVE DEMANDED : : |
| Defendant. | : |

## NOTICE OF SERVICE

Please take notice that on this 9th day of November 2006, Defendant, Fisher Controls International, LLC's served two copies of Defendant's First Discovery Requests to Plaintiff St. Paul Mercury Insurance Company via hand delivery to the following:

William J. Cattie, III, Esquire
**RAWLE & HENDERSON LLP**
300 Delaware Avenue, Suite 1015
P. O. Box 588
Wilmington, DE  19899-0588

MARON MARVEL BRADLEY

& ANDERSON, P.A.

/s/ Paul A. Bradley
Paul A. Bradley (DE Bar ID No. 2156)
1201 North Market Street, Suite 900
P.O. Box 288
Wilmington, DE  19899
Telephone:  (302) 425-5177
Attorney for Defendant,
Fisher Controls International, LLC

Date:  November 9, 2006

{82008.00001 / W0103203}