IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NORTHEAST CONTROLS, INC. and<br>ST. PAUL MERCURY INSURANCE<br>COMPANY, | )<br>)<br>)<br>) | C.A. No. 1:06-CV-00412 SLR |
| Plaintiffs, | )<br>) | |
| v. | )<br>) | |
| FISHER CONTROLS<br>INTERNATIONAL, LLC, | )<br>)<br>) | |
| Defendants. | ) | |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 16$^h$ day of November, 2006, a copy of Plaintiffs' Initial Disclosures was served via U.S. mail and efiling notification upon the following person(s):

        Paul A. Bradley
        Maron & Marvel, P.A.
        1201 N. Market Street, Ste. 900
        P.O. Box 288
        Wilmington, DE  19899

        RAWLE & HENDERSON, LLP

By:   /s/ William J. Cattie, III  #953
        William J. Cattie, III, Esq.
        I. D. No. 953
        300 Delaware Avenue, Suite 1015
        P. O. Box 588
        Wilmington, DE 19899-0588
        (302) 778-1200
        Attorney for Plaintiffs

1372149 v.1