IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NORTHEAST CONTROLS, INC. and ST. PAUL MERCURY INSURANCE COMPANY, | : : : | C.A. No. 1:06-CV—00412-SLR |
| Plaintiffs, | : : | |
| v. | : : | |
| FISHER CONTROLS, INTERNATIONAL, LLC, | : : : | |
| Defendants. | : | |

### NOTICE OF SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that William J. Cattie, III, Esquire of Rawle & Henderson, LLP hereby WITHDRAWS his appearance and Lorenza A. Wolhar, Esquire of Marshall, Dennehey, Warner, Coleman & Goggin hereby ENTERS her appearance as counsel for Plaintiffs, Northeast Controls, Inc. and St. Paul Mercury Insurance Company.

RAWLE & HENDERSON, LLP

BY: _____
WILLIAM J. CATTIE, ESQ.
DE ID #953
300 Delaware Avenue, Suite 1015
P.O. Box 588
Wilmington, DE 19899-0588

MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN

BY: _____
LORENZA A. WOLHAR, ESQ.
DE ID #3971
1220 N. Market Street, 5th Floor
Wilmington, DE 19899-8888

2-12-07

\(5_A\LIAB\LAWOLHAR\DISC\407640\LAREFNER\15000\15000