IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **NORTHEAST CONTROLS, INC. and ST. PAUL MERCURY INSURANCE COMPANY,** | : : : : | C.A. No. 1:06-CV—00412-SLR |
| **Plaintiffs,** | : : | |
| v. | : : | |
| **FISHER CONTROLS, INTERNATIONAL, LLC,** | : : : | |
| **Defendants.** | : | |

### NOTICE OF CHANGE OF FIRM NAME AND ADDRESS

  PLEASE TAKE NOTICE that, effective immediately, the Thomas P. Wagner, Esquire, has changed law firms and is now located at the following firm and address:

 Thomas P. Wagner, Esquire
 Marshall, Dennehey, Warner, Coleman & Goggin
 1845 Walnut Street
 Philadelphia, PA  19103
 Telephone No. (215) 575-4562
 Fax No. (215) 575-0856

        MARSHALL, DENNEHEY, WARNER,
         COLEMAN & GOGGIN

       BY:   /s/ Lorenza A. Wolhar, Esquire
         LORENZA A. WOLHAR, ESQ.
         DE ID #3971
         1220 N. Market Street, 5th Floor
         P.O. Box 8888
         Wilmington, DE 19899-8888
         Attorney for Plaintiffs

**DATED:  February 13, 2007**
\15_A\LIAB\LAWOLHAR\DISC\408412\LAREFNER\15000\15000

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NORTHEAST CONTROLS, INC. and ST. PAUL MERCURY INSURANCE COMPANY, | : : : : |
| Plaintiffs, | : : |
| v. | : : |
| FISHER CONTROLS, INTERNATIONAL, LLC, | : : : |
| Defendants. | : |

C.A. No. 1:06-CV—00412-SLR

## CERTIFICATE OF SERVICE

I hereby certify that I have served upon all persons listed below a true and correct copy of Notice of Change of Firm Name and Address, in the above-captioned matter this date by E-filing.

**Paul A. Bradley, Esquire**
**Maron, Marvel, Bradley & Anderson, P.A.**
**1201 North Market Street, Suite 900**
**P.O. Box 288**
**Wilmington, DE 19899-0288**

MARSHALL, DENNEHEY, WARNER,
COLEMAN & GOGGIN

BY:   /s/ Lorenza A. Wolhar
      LORENZA A. WOLHAR, ESQ.
      DE ID #3971
      1220 N. Market Street, 5th Floor
      P.O. Box 8888
      Wilmington, DE 19899-8888
      Attorney for Plaintiffs

DATED:  February 13, 2007
\15_A\LIAB\LAWOLHAR\SLPG\408416\LAREFNER\15000\15000