**MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN**
A PROFESSIONAL CORPORATION    www.marshalldennehey.com

A REGIONAL DEFENSE LITIGATION LAW FIRM

PENNSYLVANIA
Bethlehem
Doylestown
Erie
Harrisburg
King of Prussia
Philadelphia
Pittsburgh
Scranton
Williamsport

NEW JERSEY
Cherry Hill
Roseland

DELAWARE
Wilmington

FLORIDA
Fort Lauderdale
Jacksonville
Orlando
Tampa

OHIO
Akron

**1220 N. Market St., 5th Floor, P.O. Box 8888 · Wilmington, DE 19899-8888**
(302) 552-4300 · Fax (302) 651-7905

**Direct Dial: 302-552-4318**
Email: LAWOLHAR@mdwcg.com



March 30, 2007

VIA E-File
The Honorable Chief Judge Sue L. Robinson
U.S. District Court of the District of Delaware
844 N. King Street, Lock Box 31
Wilmington, DE 19801

  Re: *Northeast Controls, Inc.& St. Paul Mercury Ins. Co. v. Fishers Controls, Int'l.*
    Civil Action Number: 1:06-CV-00412 (SLR)
    Our File Number: 19180-01682

Dear Judge Robinson:

  The undersigned is local counsel for plaintiffs in the above-referenced matter. On March 12, 2007, plaintiffs filed a Motion for Leave to Amend the Complaint in this action. D.I. 23. Plaintiffs were recently advised that defendant, while at all times reserving its defenses thereto, does not oppose plaintiffs' Motion to Amend.

  Defendant's e-mail message, sent to plaintiffs' out-of-state counsel, Thomas P. Wagner, Esquire, advising that the Motion is unopposed, is attached hereto. Therefore, plaintiffs respectfully request that the Court grant the Motion as uncontested.

          Respecfully submitted,

          /s/ *Lorenza Wolhar*

          LORENZA A. WOLHAR

/law

Attachment

March 30, 2007
Page 2

cc: Patrick McVey, Esquire (by regular mail)
    Daniel Gunter, Esquire (by regular mail)
    Paul A. Bradley, Esquire (by e-file)
    Thomas Wagner, Esquire (by regular mail)

# Wagner, Thomas P.

**From:** Gunter, Dan [dgunter@Riddellwilliams.com]
**Sent:** Wednesday, March 21, 2007 3:45 PM
**To:** Wagner, Thomas P.
**Cc:** McVey, Patrick; Paul A. Bradley
**Subject:** Motion to amend

Tom--

With the understanding that we are not waiving any defenses that Fisher may have as to the complaint or the new allegations, please be advised that Fisher will not oppose the pending motion to amend the complaint.

Sincerely,

Daniel J. Gunter
Attorney at Law
Riddell Williams P.S.
1001 Fourth Avenue Plaza, Suite 4500
Seattle, WA 98154-1065
206-624-3600 (main)
206-389-1570 (direct)
206-389-1708 (fax)

**CONFIDENTIALITY AND CIRCULAR 230 NOTICE:** This communication is intended for the sole use of the individual and entity to whom it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. You are hereby notified that any dissemination, distribution or duplication of this communication by someone other than the intended addressee or its designated agent is strictly prohibited. As required by the Internal Revenue Service, anything contained in this communication pertaining to any U.S. federal tax matter is not to be used for the purpose of avoiding federal tax penalties under the Internal Revenue Code or for promoting, marketing or recommending to any third party the tax implications of any partnership or other entity, investment plan or arrangement discussed in this communication. If you have received this communication in error, please notify this firm immediately by collect call (206)-624-3600, or by reply to this communication.