IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NORTHEAST CONTROLS, INC. and ST. PAUL MERCURY INSURANCE COMPANY, | : : : : : | 
| Plaintiffs, | : : : |
| v. | : : : |
| FISHER CONTROLS, INTERNATIONAL, LLC, | : : : : |
| Defendants. | : |

Civ.A. No. 06-412-SLR

SUBSTITUTION OF COUNSEL

### NOTICE OF SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE: Lorenza A. Wolhar, Esquire, of the law firm of Marshall Dennehey Warner Coleman & Goggin hereby WITHDRAWS her appearance, and Joseph Scott Shannon, Esquire, of the law firm of Marshall Dennehey Warner Coleman & Goggin hereby ENTERS his appearance as Counsel for Plaintiffs Northeast Controls, inc., and St. Paul Mercury Insurance Company, which entry of appearance is *in addition to* the appearance and admission *pro hac vice* already of record entered by Thomas P. Wagner, Esquire, of the law firm of Marshall Dennehey Warner Coleman & Goggin on behalf of Plaintiffs.

MARSHALL DENNEHEY WARNER
COLEMAN & GOGGIN

_____
Lorenza A. Wolhar, Esquire (I.D. 3971)
1220 North Market Street, 5th Floor
P.O. Box 8888
Wilmington, DE 19899 – 8888
tel.: 302.552.4318
e-mail: lawolhar@mdwcg.com
*Withdrawing as Counsel for Plaintiffs*

MARSHALL DENNEHEY WARNER
COLEMAN & GOGGIN

_____
Joseph Scott Shannon, Esquire (I.D. 3434)
1220 North Market Street, 5th Floor
P.O. Box 8888
Wilmington, DE 19899 – 8888
tel.: 302.552.4329
e-mail: jsshannon@mdwcg.com
*Entering as Counsel for Plaintiffs*

MARSHALL DENNEHEY WARNER
COLEMAN & GOGGIN

*/s/ Thomas P. Wagner*

Thomas P. Wagner, Esquire
1845 Walnut Street
Philadelphia, PA 19103
tel.: 215.575.4562
e-mail: tpwagner@mdwcg.com
*Counsel for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NORTHEAST CONTROLS, INC. and ST. PAUL MERCURY INSURANCE COMPANY, | ) ) ) ) | C.A. No. 1:06-CV-00412 SLR |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| FISHER CONTROLS INTERNATIONAL, LLC, | ) ) ) | |
| Defendants. | ) | |

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 7th day of May, 2007, a copy of Notice of Substitution of Counsel was served via US mail and e-filing notification upon the following person(s):

> Paul A. Bradley
> Maron & Marvel, P.A.
> 1201 N. Market Street, Ste. 900
> P.O. Box 288
> Wilmington, DE  19899

MARSHALL, DENNEHEY, WARNER,
COLEMAN & GOGGIN

BY:   /s/ Joseph Scott Shannon
Joseph Scott Shannon, Esq. (I.D. No. 3434)
1220 N. Market Street, 5th Floor
P.O. Box 8888
Wilmington, DE 19899-8888
tel.: 302.552.4329
fax.: 302.651.7905
e-mail: **jsshannon@mdwcg.com**
*Counsel for Northeast Controls and St. Paul Mercury Insurance Company*

\15_A\LIAB\BAJOHNSON\LLPG\426583\BAJOHNSON\19180\01682