IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NORTHEAST CONTROLS, INC. | : | CIVIL ACTION – LAW |
| and | : | |
| ST. PAUL MERCURY INSURANCE COMPANY | : | |
| | : | |
| v. | : | |
| | : | |
| FISHER CONTROLS INTERNATIONAL, LLC | : | NO. 1:06-CV-00412 (SLR) |

**NOTICE OF DEPOSITION**

**PLEASE TAKE NOTICE** that the undersigned will take the oral deposition by stenographic means pursuant to Federal Rule of Civil Procedure 30, of Mr. Christopher Konzelmann on June 25, 2007 beginning at 9:30 a.m. at the offices of Maron Marvel Bradley & Anderson, P.A., 1700 Market Street, Suite 1500, Philadelphia, PA 19103.

        **MARON MARVEL BRADLEY**
          **& ANDERSON, P.A.**

**/s/ Paul A. Bradley**
Paul A. Bradley (DE Bar ID No. 2156)
1201 North Market Street, Suite 900
P.O. Box 288
Wilmington, DE 19899
Telephone: (302) 425-5177
Attorney for Defendant,
Fisher Controls International, LLC

Date: May 14, 2007

{82008.00001 / W0174611}