IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NORTHEAST CONTROLS, Inc.; and<br>ST. PAUL MERCURY INSURANCE Co., | )<br>)<br>) | |
| Plaintiffs, | ) | Civ. A. No. 06-412-SLR |
| | ) | |
| v. | ) | |
| | ) | |
| FISHER CONTROLS INTERNATIONAL, LLC, | )<br>) | |
| Defendant. | ) | |

## NOTICE OF SERVICE OF DISCOVERY RESPONSES

TO:   RIDDELL WILLIAMS, P.S.                     MARON MARVEL BRADLEY
      Patrick D. McVey, Esquire                          & ANDERSON, P.A.
      Daniel J. Gunter, Esquire                            Paul A. Bradley, Esquire
      1001 Fourth Avenue Plaza, Ste. 4500      1201 North Market Street, Ste. 900
      Seattle, WA 98154                                      Wilmington, DE 19801

PLEASE TAKE NOTICE:   On June 1, 2007, were served upon Defendant *Northeast Controls Iinc.'s Responses and Objections to Defendant's First Discovery Requests Directed to Northeast Controls, Inc.*, via First Class United States Mail, postage prepaid.

| | |
|---|---|
| MARSHALL DENNEHEY WARNER<br>COLEMAN & GOGGIN<br>  /s/Thomas P. Wagner<br>Thomas P. Wagner, Esquire (*pro hac vice*)<br>1845 Walnut Street, 21st Floor<br>Philadelphia, PA 19103<br>tel.: 215.575.4562<br>e-mail: tpwagner@mdwcg.com<br>*Of Counsel for Plaintiffs* | MARSHALL DENNEHEY WARNER<br>COLEMAN & GOGGIN<br>  /s/Joseph Scott Shannon<br>Joseph Scott Shannon, Esquire (I.D. 3434)<br>1220 North Market Street, 5th Floor<br>P.O. Box 8888<br>Wilmington, DE 19899 – 8888<br>tel.: 302.552.4329<br>e-mail: jsshannon@mdwcg.com<br>*Counsel for Plaintiffs* |

Dated: June 1, 2007

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NORTHEAST CONTROLS, Inc.; and<br>ST. PAUL MERCURY INSURANCE Co., | )<br>)<br>) | |
| Plaintiffs, | ) | Civ. A. No. 06-412-SLR |
| | ) | |
| v. | ) | |
| | ) | |
| FISHER CONTROLS INTERNATIONAL, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**CERTIFICATE OF SERVICE**

Joseph Scott Shannon, Esquire, hereby certifies that on June 1, 2007, he caused true and correct copies of the attached *Notice of Service of Discovery Responses* to be served upon the following persons in the manner indicated:

RIDDELL WILLIAMS, P.S.
Patrick D. McVey, Esquire
Daniel J. Gunter, Esquire
1001 Fourth Avenue Plaza, Ste. 4500
Seattle, WA 98154
*Via 1st Class U.S. Mail,
   postage prepaid*

MARON MARVEL BRADLEY
   & ANDERSON, P.A.
Paul A. Bradley, Esquire
1201 North Market Street, Ste. 900
Wilmington, DE 19801
*Via e-filing and 1st Class U.S. Mail
   postage prepaid*

MARSHALL DENNEHEY WARNER
   COLEMAN & GOGGIN
  /s/Joseph Scott Shannon
Joseph Scott Shannon, Esquire (I.D. 3434)
1220 North Market Street, 5th Floor
P.O. Box 8888
Wilmington, DE 19899 – 8888
tel.: 302.552.4329
e-mail: jsshannon@mdwcg.com
*Counsel for Plaintiffs*