## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NORTHEAST CONTROLS, INC. and ST. PAUL MERCURY INSURANCE COMPANY, | : : : : |
| Plaintiffs, | : : |
| v. | :  Civil Action No. 06-412-SLR : |
| FISHER CONTROLS INTERNATIONAL, LLC, | : : : |
| Defendant. | : |

## ORDER

At Wilmington this **11th** day of **June, 2007**,

IT IS ORDERED that the mediation conference scheduled for Tuesday, June 26, 2007 at 10:00 a.m. has been rescheduled to **Wednesday, August 15, 2007 at 10:00 a.m.** Submissions of the parties shall now be due on or before **Friday, August 3, 2007.** All other provisions of the Court's December 12, 2006 Order shall remain in full force and effect.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE