IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NORTHEAST CONTROLS, Inc.; and<br>ST. PAUL MERCURY INSURANCE Co., | )<br>)<br>) | |
| Plaintiffs, | ) | Civ. A. No. 06-412 SLR |
| v. | )<br>) | |
| FISHER CONTROLS INTERNATIONAL, LLC, | )<br>) | |
| Defendant. | ) | |

**STIPULATION ON EXTENSION OF DISCOVERY DEADLINES**

COME NOW the Parties, by and through their respective Counsel, pursuant to D. Del. LR 16.5, and subject to the Court's approval, and amongst and between themselves do hereby STIPULATE and AGREE that as a result of the Magistrate Judge's rescheduling of the mediation in this matter to August 15, 2007; and in order that the Parties may pursue in good faith a negotiated resolution without incurring fees and costs which may be unnecessary and which increased fees and costs might impact upon the Parties' positions at mediation, if incurred; the *Scheduling Order* in effect and dated October 18, 2006 (D.I. # 16), is to be revised as follows:

¶2(b)   All discovery shall be commenced in time to be completed by **November 2, 2007**.

¶2(g)   Reports from retained experts under Rule 26(a)(2) on issues for which any party has the burden of proof due by **September 4, 2007**. Rebuttal expert reports due by **October 5, 2007**.

All other deadlines as set within the *Scheduling Order* (D.I. # 16) shall remain unchanged, except for the above-noted change in the mediation date as previously ordered by the Magistrate Judge.

291/580878.01
41155.00412

| | |
|---|---|
| MARON MARVEL BRADLEY<br>& ANDERSON, P.A. | MARSHALL DENNEHEY WARNER<br>COLEMAN & GOGGIN |
| /s/Paul A. Bradley | /s/Joseph Scott Shannon |
| Paul A. Bradley, Esquire (I.D. 2156)<br>1201 North Market Street, Ste. 900<br>Wilmington, DE 19801<br>tel.: 302.425.5177<br>fax.: 302.425.0180<br>e-mail: pab@maronmarvel.com<br>*Counsel for Defendant* | Joseph Scott Shannon, Esq. (I.D. 3434)<br>1220 North Market Street, 5th Floor<br>P.O. Box 8888<br>Wilmington, DE 19899 – 8888<br>tel.: 302.552.4329<br>e-mail: jsshannon@mdwcg.com<br>*Counsel for Plaintiffs* |
| RIDDELL WILLIAMS, P.S.<br>Patrick D. McVey, Esquire<br>Daniel J. Gunter, Esquire<br>1001 Fourth Avenue Plaza, Ste. 4500<br>Seattle, WA 98154<br>*Of Counsel for Defendant* | MARSHALL DENNEHEY WARNER<br>COLEMAN & GOGGIN<br>Thomas Wagner, Esquire<br>1845 Walnut Street, 21st Floor<br>Philadelphia, PA 19103<br>*Of Counsel for Plaintiffs* |
| Dated: | Dated: |

SO ORDERED this ___ day of _____, 2007.

_____
The Honorable Sue L. Robinson

cc:   Clerk of the Court
      Counsel

291/580878.01
41155.00412

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NORTHEAST CONTROLS, Inc.; and<br>ST. PAUL MERCURY INSURANCE Co., | )<br>)<br>) | |
| Plaintiffs, | )<br>) | Civ. A. No. 06-412-SLR |
| v. | )<br>) | |
| FISHER CONTROLS INTERNATIONAL, LLC, | )<br>)<br>) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

Joseph Scott Shannon, Esquire, hereby certifies that on July 3, 2007, he caused true and correct copies of the attached *Stipulation on Extension of Discovery Deadlines* to be served upon the following persons in the manner indicated:

RIDDELL WILLIAMS, P.S.
Patrick D. McVey, Esquire
Daniel J. Gunter, Esquire
1001 Fourth Avenue Plaza, Ste. 4500
Seattle, WA 98154
*Via 1st Class U.S. Mail,*
*postage prepaid*

MARON MARVEL BRADLEY
& ANDERSON, P.A.
Paul A. Bradley, Esquire
1201 North Market Street, Ste. 900
Wilmington, DE 19801
*Via e-filing and 1st Class U.S. Mail*
*postage prepaid*

MARSHALL DENNEHEY WARNER
COLEMAN & GOGGIN
  */s/Joseph Scott Shannon*
Joseph Scott Shannon, Esquire (I.D. 3434)
1220 North Market Street, 5th Floor
P.O. Box 8888
Wilmington, DE 19899 – 8888
tel.: 302.552.4329
e-mail: jsshannon@mdwcg.com
*Counsel for Plaintiffs*

291/580878.01
41155.00412

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NORTHEAST CONTROLS, Inc.; and<br>ST. PAUL MERCURY INSURANCE Co., | )<br>)<br>) | |
| Plaintiffs, | ) | Civ. A. No. 06-412-SLR |
| v. | )<br>) | |
| FISHER CONTROLS INTERNATIONAL, LLC, | )<br>) | |
| Defendant. | ) | |

## CERTIFICATION OF COUNSEL PURSUANT TO D. Del. LR 16.5

    Paul A. Bradley, Esquire, Counsel for Defendant herein, hereby certifies that on July 3, 2007, he sent to the representative of Fisher Controls International, LLC, designated as his point of contact for issues concerning this litigation, the request for extension of the discovery deadlines stated within the Court's October 18, 2006, *Scheduling Order* (D.I. # 16) as stated within the accompanying *Stipulation on Extension of Discovery Deadlines*.

                                          MARON MARVEL BRADLEY
                                             & ANDERSON, P.A.

                                        */s/Paul A. Bradley*
                                        Paul A. Bradley, Esquire  (I.D. 2156)
                                        1201 North Market Street, Ste. 900
                                        Wilmington, DE 19801
                                        tel.: 302.425.5177
                                        fax.: 302.425.0180
                                        e-mail: pab@maronmarvel.com
                                        *Counsel for Defendant*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NORTHEAST CONTROLS, Inc.; and<br>ST. PAUL MERCURY INSURANCE Co., | )<br>)<br>) | |
| Plaintiffs, | ) | Civ. A. No. 06-412-SLR |
| v. | )<br>) | |
| FISHER CONTROLS INTERNATIONAL, LLC, | )<br>) | |
| Defendant. | ) | |

### CERTIFICATION OF COUNSEL PURSUANT TO D. Del. LR 16.5

    Joseph Scott Shannon, Esquire, Counsel for Plaintiffs herein, hereby certifies that on July 3, 2007, he sent to the representatives of Northeast Controls, Inc., and St. Paul Mercury Insurance Co., designated as his points of contact for issues concerning this litigation, the request for extension of the discovery deadlines stated within the Court's October 18, 2006, *Scheduling Order* (D.I. # 16) as stated within the accompanying *Stipulation on Extension of Discovery Deadlines*.

                                                      MARSHALL DENNEHEY WARNER
                                                      COLEMAN & GOGGIN

                                                     /s/Joseph Scott Shannon
                                                    Joseph Scott Shannon, Esq. (I.D. 3434)
                                                    1220 North Market Street, 5th Floor
                                                    P.O. Box 8888
                                                    Wilmington, DE 19899 – 8888
                                                    tel.: 302.552.4329
                                                    e-mail: jsshannon@mdwcg.com
                                                    *Counsel for Plaintiffs*

Dated: July 3, 2007