# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NORTHEAST CONTROLS, Inc.; and<br>ST. PAUL MERCURY INSURANCE Co.,<br><br>　　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>FISHER CONTROLS INTERNATIONAL, LLC,<br><br>　　　　　　　　Defendant. | )<br>)<br>)<br>)　Civ. A. No. 06-412-SLR<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE OF DISCOVERY RESPONSES

TO:　RIDDELL WILLIAMS, P.S.　　　　　　　MARON MARVEL BRADLEY
　　　Patrick D. McVey, Esquire　　　　　　　　& ANDERSON, P.A.
　　　Daniel J. Gunter, Esquire　　　　　　　Paul A. Bradley, Esquire
　　　1001 Fourth Avenue Plaza, Ste. 4500　　1201 North Market Street, Ste. 900
　　　Seattle, WA 98154　　　　　　　　　　　Wilmington, DE 19801

　　　PLEASE TAKE NOTICE:　On August 10, 2007, Defendant Fisher Controls

International, LLC was served copies of *Northeast Controls Inc.'s Answers and Responses to*

*Defendant's First Requests for Admissions Directed to Northeast Controls, Inc.*, via electronic

and first class mail.

| | |
|---|---|
| **MARSHALL DENNEHEY WARNER**<br>**COLEMAN & GOGGIN**<br><br>　/s/Thomas P. Wagner　　　　　　<br>Thomas P. Wagner, Esquire (*pro hac vice*)<br>1845 Walnut Street, 21st Floor<br>Philadelphia, PA 19103<br>tel.: 215.575.4562<br>e-mail: tpwagner@mdwcg.com<br>*Of Counsel for Plaintiffs* | **MARSHALL DENNEHEY WARNER**<br>**COLEMAN & GOGGIN**<br><br>　/s/Joseph Scott Shannon　　　　　<br>Joseph Scott Shannon, Esquire (I.D. 3434)<br>1220 North Market Street, 5th Floor<br>P.O. Box 8888<br>Wilmington, DE 19899 – 8888<br>tel.: 302.552.4329<br>e-mail: jsshannon@mdwcg.com<br>*Counsel for Plaintiffs* |

Dated: August 10, 2007
\15_A\LIAB\JSSHANNON\LLPG\444665\PASHELBY\19180\01682

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NORTHEAST CONTROLS, Inc.; and<br>ST. PAUL MERCURY INSURANCE Co., | )<br>)<br>) | |
| Plaintiffs, | ) | Civ. A. No. 06-412-SLR |
| | ) | |
| v. | ) | |
| | ) | |
| FISHER CONTROLS INTERNATIONAL, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

Joseph Scott Shannon, Esquire, hereby certifies that on August 10, 2007, he caused true and correct copies of the attached *Notice of Service of Discovery Responses* to be served upon the following persons in the manner indicated:

| | |
|---|---|
| RIDDELL WILLIAMS, P.S.<br>Patrick D. McVey, Esquire<br>Daniel J. Gunter, Esquire<br>1001 Fourth Avenue Plaza, Ste. 4500<br>Seattle, WA 98154<br>*Via 1st Class U.S. Mail,<br>    postage prepaid* | MARON MARVEL BRADLEY<br>    & ANDERSON, P.A.<br>Paul A. Bradley, Esquire<br>1201 North Market Street, Ste. 900<br>Wilmington, DE 19801<br>*Via e-filing and 1st Class U.S. Mail<br>    postage prepaid* |

**MARSHALL DENNEHEY WARNER
COLEMAN & GOGGIN**

   /s/Joseph Scott Shannon
Joseph Scott Shannon, Esquire (I.D. 3434)
1220 North Market Street, 5th Floor
P.O. Box 8888
Wilmington, DE 19899 – 8888
tel.: 302.552.4329
e-mail: jsshannon@mdwcg.com
*Counsel for Plaintiffs*

\15_A\LIAB\JSSHANNON\LLPG\444665\PASHELBY\19180\01682