IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NORTHEAST CONTROLS, INC.,<br>3 Enterprise Avenue<br>Clifton Park<br>New York, NY 12065<br><br>ST. PAUL MERCURY<br>INSURANCE COMPANY<br>385 Washington Street<br>St. Paul, MN  55102<br><br>      Plaintiffs,<br><br>      v.<br><br>FISHER CONTROLS INTERNATIONAL, LLC<br>205 S. Center Street<br>Marshalltown, Iowa 50158<br><br>      Defendant. | NO. 06-412 |

## NOTICE OF DEPOSITION

To: J. Scott Shannon, Esquire   Thomas P. Wagner, Esquire
   Marshall Dennehey Warner   Marshall Dennehey Warner
    Coleman & Goggin      Coleman & Goggin
   1220 N. Market Street     1845 Walnut Street
   5th Floor         Philadelphia, PA 19103
   Wilmington, DE  19801

   PLEASE TAKE NOTICE that defendant Fisher Controls International, LLC will take the oral deposition by stenographic means of the following witnesses at the office of the undersigned at the time and date designated and continuing from day to day until completed:

   A.)  Albert Cappellini    August 30, 2007 @ 9:30 a.m.

   B.)  Michael Peters     August 31, 2007 @ 9:30 a.m.

{99999.00936 / W0201624}

                                      **MARON MARVEL BRADLEY**
                                         **& ANDERSON, P.A.**

                                      /s/ Paul A. Bradley
                                      Paul A. Bradley (DE Bar ID #2156)
                                      1201 N. Market Street, Suite 900
                                      P.O. Box 288
                                      Wilmington, DE 19899
                                      (302) 425-5177 (phone)
                                      (302) 428-0180 (fax)
                                      pab@maronmarvel.com
                                      Attorney for Defendant

Dated:  August 10, 2007

cc:     Wilcox & Fetzer