IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NORTHEAST CONTROLS, INC.,<br>3 Enterprise Avenue<br>Clifton Park<br>New York, NY 12065<br><br>ST. PAUL MERCURY<br>INSURANCE COMPANY<br>385 Washington Street<br>St. Paul, MN  55102<br><br>                    Plaintiffs,<br><br>v.<br><br>FISHER CONTROLS INTERNATIONAL, LLC<br>205 S. Center Street<br>Marshalltown, Iowa 50158<br><br><br>                    Defendant. | C.A. No.:  06-412 SLR<br><br>AMENDED PROPOSED ORDER AS TO DEFENDANT'S MOTION TO COMPEL DEPOSITIONS OF MICHAEL PETERS AND ALBERT CAPPELLINI |

## AMENDED ORDER

Defendant's Motion to Compel the depositions of Albert Cappellini and Michael Peters is hereby granted.  Plaintiff shall produce the deponents at a time and place convenient to defendant.

Further, defendant is awarded attorney fees and costs associated with preparation and presentation of this Motion.  Counsel shall submit an affidavit with the amount of time and costs and the Court will enter an additional order reflecting the fees and costs.

_____
The Honorable Sue L. Robinson

{82008.00001 / W0208813}