IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NORTHEAST CONTROLS, INC.,<br>3 Enterprise Avenue<br>Clifton Park<br>New York, NY 12065<br><br>ST. PAUL MERCURY<br>INSURANCE COMPANY<br>385 Washington Street<br>St. Paul, MN 55102<br><br>    Plaintiffs,<br><br>v.<br><br>FISHER CONTROLS<br>INTERNATIONAL, LLC.<br>205 S. Center Street<br>Marshalltown, Iowa 50158<br><br>    Defendant. | Case No.: 06-412<br><br>**NOTICE OF DEPOSITION OF<br>STEVEN SABIA** |

To:    J. Scott Shannon, Esquire           Thomas P. Wagner, Esquire
       Marshall Dennehey Warner          Marshall Dennehey Warner
       Coleman & Goggin                     Coleman & Goggin
       1220 N. Market Street                1845 Walnut Street
       5th Floor                                     Philadelphia, PA 19103
       Wilmington, SE 19801

       PLEASE TAKE NOTICE that, Defendant, by and through its attorneys of record, will take the testimony on oral examination of **Steven Sabia,** pursuant to Rule 30 of the Federal Rules of Civil Procedure, before an official Court Reporter, a Notary Public, or in case of his/her inability to act or be present, before some other officer authorized to administer oaths,

NOTICE OF DEPOSITION
OF STEVEN SABIA                     -1-
4836-3371-8785.01
092007/1032

on , **October 17, 2007, at 1:30 p.m**. of said day at **Thorn & Gershon., 5 Webley Court, New Karner Road, Albany, NY 12212-5054.**

The deposition shall be continued from day to day until completed, excluding weekends and holidays. The deposition shall be recorded stenographically, and/or on audiotape.

If you have any questions or issues regarding the notice, please contact Patrick D. McVey or Daniel J. Gunter, RIDDELL WILLIAMS P.S., 1001 Fourth Avenue, Suite 4500, Seattle, WA 98154, (206) 624-3600, who will be responsible for the deposition on behalf of the Defendants.

DATED this _____ day of September, 2007.

                            ATTORNEYS FOR DEFENDANT
                            FISHER CONTROLS INTERNATIONAL, LLC

                            **MARON MARVEL BRADLEY & ANDERSON**

                            By: _____
                            Paul A. Bradley (DE Bar ID #2156)
                            1201 N. Market Street, Suite 900
                            P.O. Box 288
                            Wilmington, DE 19899

                            RIDDELL WILLIAMS P.S.

                            By: _____
                            Patrick D. McVey, WSBA #8489
                            Daniel J. Gunter, WSBA #27491
                            1001 Fourth Avenue, Suite 4500
                            Seattle, WA 98154

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 20th day of September, 2007, I caused to be served a true and correct copy of the foregoing document by the method indicated below and addressed as follows:

| | |
|---|---|
| Mr. Thomas P. Wagner<br>Mr. J. Scott Shannon<br>Marshall Dennehey Warner<br>Coleman & Goggin<br>1845 Walnut Street<br>Philadelphia, PA 19103<br>Ph: 215.575.4562<br>Fax: 215.575.0856 | ( ) U.S. Mail<br>( ) Hand Delivery<br>( ) Facsimile<br>(X) Overnight Mail<br>(X) Email |

_____
Molly J. McInnis
Executive Assistant
Riddell Williams, P.S.