IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

NORTHEAST CONTROLS, INC.,
3 Enterprise Avenue
Clifton Park
New York, NY 12065

Case No.: 06-412

ST. PAUL MERCURY
INSURANCE COMPANY
385 Washington Street
St. Paul, MN 55102

**NOTICE OF DEPOSITION OF
ALBERT CAPPELLINI**

     Plaintiffs,

  v.

FISHER CONTROLS
INTERNATIONAL, LLC.
205 S. Center Street
Marshalltown, Iowa 50158

     Defendant.

To:   J. Scott Shannon, Esquire        Thomas P. Wagner, Esquire
      Marshall Dennehey Warner      Marshall Dennehey Warner
      Coleman & Goggin           Coleman & Goggin
      1220 N. Market Street         1845 Walnut Street
      5th Floor                 Philadelphia, PA 19103
      Wilmington, SE 19801

     PLEASE TAKE NOTICE that, Defendant, by and through its attorneys of record, will

take the testimony on oral examination of **Albert Cappellini,** pursuant to Rule 30 of the

Federal Rules of Civil Procedure, before an official Court Reporter, a Notary Public, or in case

of his/her inability to act or be present, before some other officer authorized to administer

oaths, on , **October 17, 2007, at 9:00 a.m.** of said day at **Thorn & Gershon., 5 Webley Court, New Karner Road, Albany, NY 12212-5054.**

The deposition shall be continued from day to day until completed, excluding weekends and holidays. The deposition shall be recorded stenographically, and/or on audiotape.

If you have any questions or issues regarding the notice, please contact Patrick D. McVey or Daniel J. Gunter, RIDDELL WILLIAMS P.S., 1001 Fourth Avenue, Suite 4500, Seattle, WA 98154, (206) 624-3600, who will be responsible for the deposition on behalf of the Defendants.

DATED this 20th day of September, 2007.

**ATTORNEYS FOR DEFENDANT**
**FISHER CONTROLS INTERNATIONAL, LLC**

**MARON MARVEL BRADLEY & ANDERSON**

By: _____
Paul A. Bradley (DE Bar ID #2156)
1201 N. Market Street, Suite 900
P.O. Box 288
Wilmington, DE 19899

RIDDELL WILLIAMS P.S.

By: _____
Patrick D. McVey, WSBA #8489
Daniel J. Gunter, WSBA #27491
1001 Fourth Avenue, Suite 4500
Seattle, WA 98154

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the _____ day of September, 2007, I caused to be served a true and correct copy of the foregoing document by the method indicated below and addressed as follows:

| | | |
|---|---|---|
| Mr. Thomas P. Wagner<br>Mr. J. Scott Shannon<br>Marshall Dennehey Warner<br>Coleman & Goggin<br>1845 Walnut Street<br>Philadelphia, PA 19103<br>Ph: 215.575.4562<br>Fax: 215.575.0856 | ( )<br>( )<br>( )<br>(   )<br>(X) | U.S. Mail<br>Hand Delivery<br>Facsimile<br>Overnight Mail<br>Email |

Molly J. McInnis
Executive Assistant
Riddell Williams, P.S.

**NOTICE OF DEPOSITION**
**OF ALBERT CAPPELLINI**                                -3-
4848-7385-6513.01
092007/1157