IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NORTHEAST CONTROLS, INC.,<br>3 Enterprise Avenue<br>Clifton Park<br>New York, NY 12065<br><br>ST. PAUL MERCURY<br>INSURANCE COMPANY<br>385 Washington Street<br>St. Paul, MN 55102<br><br>      Plaintiffs,<br><br>v.<br><br>FISHER CONTROLS<br>INTERNATIONAL, LLC.<br>205 S. Center Street<br>Marshalltown, Iowa 50158<br><br>      Defendant. | Case No.: 06-412<br><br>**NOTICE OF DEPOSITION OF<br>MICHAEL PETERS** |

To:    J. Scott Shannon, Esquire           Thomas P. Wagner, Esquire
       Marshall Dennehey Warner           Marshall Dennehey Warner
       Coleman & Goggin                     Coleman & Goggin
       1220 N. Market Street                1845 Walnut Street
       5th Floor                                    Philadelphia, PA 19103
       Wilmington, SE 19801

      PLEASE TAKE NOTICE that, Defendant, by and through its attorneys of record, will take the testimony on oral examination of **Michael Peters,** pursuant to Rule 30 of the Federal Rules of Civil Procedure, before an official Court Reporter, a Notary Public, or in case of his/her inability to act or be present, before some other officer authorized to administer oaths,

**NOTICE OF DEPOSITION**
**OF MICHAEL PETERS**            -1-
4822-9154-1505.01
092007/1032

on , October 16, 2007, at 9:00 a.m. of said day at **Thorn & Gershon., 5 Webley Court, New Karner Road, Albany, NY 12212-5054.**

The deposition shall be continued from day to day until completed, excluding weekends and holidays. The deposition shall be recorded stenographically, and/or on audiotape.

If you have any questions or issues regarding the notice, please contact Patrick D. McVey or Daniel J. Gunter, RIDDELL WILLIAMS P.S., 1001 Fourth Avenue, Suite 4500, Seattle, WA 98154, (206) 624-3600, who will be responsible for the deposition on behalf of the Defendants.

DATED this 20th day of September, 2007.

ATTORNEYS FOR DEFENDANT
FISHER CONTROLS INTERNATIONAL, LLC

MARON MARVEL BRADLEY & ANDERSON

By: _____
Paul A. Bradley (DE Bar ID #2156)
1201 N. Market Street, Suite 900
P.O. Box 288
Wilmington, DE 19899

RIDDELL WILLIAMS P.S.

By: _____
Patrick D. McVey, WSBA #8489
Daniel J. Gunter, WSBA #27491
1001 Fourth Avenue, Suite 4500
Seattle, WA 98154

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 20-6th day of September, 2007, I caused to be served a true and correct copy of the foregoing document by the method indicated below and addressed as follows:

| Mr. Thomas P. Wagner<br>Mr. J. Scott Shannon<br>Marshall Dennehey Warner<br>Coleman & Goggin<br>1845 Walnut Street<br>Philadelphia, PA 19103<br>Ph: 215.575.4562<br>Fax: 215.575.0856 | ( ) U.S. Mail<br>( ) Hand Delivery<br>( ) Facsimile<br>(X) Overnight Mail<br>(X) Email |
|---|---|

_Molly J. McInnis_
Molly J. McInnis
Executive Assistant
Riddell Williams, P.S.