# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NORTHEAST CONTROLS, Inc.; and ) <br> ST. PAUL MERCURY INSURANCE Co., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> FISHER CONTROLS INTERNATIONAL, LLC, ) <br> ) <br> Defendant. ) | Civ. A. No. 06-412-SLR |

## NOTICE OF SERVICE OF DISCOVERY REQUESTS

TO:  Daniel J. Gunter, Esquire　　　　　　　　Paul A. Bradley, Esquire
　　　Riddell Williams, P.S.　　　　　　　　　　Maron, Marvel, Bradley & Anderson, P.A.
　　　1001 Fourth Avenue Plaza, Ste. 4500　　1201 North Market Street, Ste. 900
　　　Seattle, WA 98154　　　　　　　　　　　Wilmington, DE 19801

　　　PLEASE TAKE NOTICE:   On October 2, 2007, Northeast Controls, Inc. served

Requests for Documents Set I upon Defendant Fisher Controls, Inc. via first class mail, postage

prepaid.

**MARSHALL DENNEHEY WARNER**　　**MARSHALL DENNEHEY WARNER**
　　　　　**COLEMAN & GOGGIN**　　　　　　　　　**COLEMAN & GOGGIN**

　_/s/Thomas P. Wagner_　　　　　　　　　　　　_/s/Joseph Scott Shannon_
Thomas P. Wagner, Esquire (*pro hac vice*)　　Joseph Scott Shannon, Esquire (I.D. 3434)
1845 Walnut Street, 21st Floor　　　　　　　1220 North Market Street, 5th Floor
Philadelphia, PA 19103　　　　　　　　　　　P.O. Box 8888
tel.: 215.575.4562　　　　　　　　　　　　　Wilmington, DE 19899 – 8888
e-mail: tpwagner@mdwcg.com　　　　　　　tel.: 302.552.4329
*Of Counsel for Plaintiffs*　　　　　　　　　　e-mail: jsshannon@mdwcg.com
　　　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiffs*

Dated: October 2, 2007
15/537815.v1


# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NORTHEAST CONTROLS, Inc.; and ) <br> ST. PAUL MERCURY INSURANCE Co., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> FISHER CONTROLS INTERNATIONAL, LLC, ) <br> ) <br> Defendant. ) | Civ. A. No. 06-412-SLR |

## CERTIFICATE OF SERVICE

Joseph Scott Shannon, Esquire, hereby certifies that on October 2, 2007, he caused true and correct copies of the attached *Notice of Service of Discovery Requests* to be served upon the following persons via first class mail, postage prepaid:

Daniel J. Gunter, Esquire
Riddell Williams, P.S.
1001 Fourth Avenue Plaza, Ste. 4500
Seattle, WA 98154

Paul A. Bradley, Esquire
Maron, Marvel, Bradley & Anderson, P.A.
1201 North Market Street, Ste. 900
Wilmington, DE 19801

**MARSHALL DENNEHEY WARNER
COLEMAN & GOGGIN**

  /s/Joseph Scott Shannon
Joseph Scott Shannon, Esquire (I.D. 3434)
1220 North Market Street, 5th Floor
P.O. Box 8888
Wilmington, DE 19899 – 8888
tel.: 302.552.4329
e-mail: jsshannon@mdwcg.com
*Counsel for Plaintiffs*

*15/537815.v1*