IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NORTHEAST CONTROLS, INC.,<br>3 Enterprise Avenue<br>Clifton Park<br>New York, NY 12065<br><br>ST. PAUL MERCURY<br>INSURANCE COMPANY<br>385 Washington Street<br>St. Paul, MN 55102<br><br>　　　Plaintiffs,<br><br>v.<br><br>FISHER CONTROLS<br>INTERNATIONAL, LLC.<br>205 S. Center Street<br>Marshalltown, Iowa 50158<br><br>　　　Defendant. | Case No.: 06-412<br><br>**AMENDED<br>NOTICE OF DEPOSITION OF<br>ALBERT CAPPELLINI** |

To:   J. Scott Shannon, Esquire         Thomas P. Wagner, Esquire
      Marshall Dennehey Warner          Marshall Dennehey Warner
      Coleman & Goggin                  Coleman & Goggin
      1220 N. Market Street             1845 Walnut Street
      5th Floor                         Philadelphia, PA 19103
      Wilmington, DE 19801

PLEASE TAKE NOTICE that, Defendant, by and through its attorneys of record, will take the testimony on oral examination of **Albert Cappellini,** pursuant to Rule 30 of the Federal Rules of Civil Procedure, before an official Court Reporter, a Notary Public, or in case of his/her inability to act or be present, before some other officer authorized to administer

AMENDED NOTICE OF DEPOSITION
OF ALBERT CAPPELLINI                    -1-
4848-7385-6513.01
100107/1426

oaths, on , **October 17, 2007, at 9:30 a.m**. of said day at **Maron Marvel Bradley & Anderson, P.A., 1201 North Market Street, Suit 900, Wilmington, DE 19801.**

The deposition shall be continued from day to day until completed, excluding weekends and holidays. The deposition shall be recorded stenographically, and/or on audiotape.

If you have any questions or issues regarding the notice, please contact Patrick D. McVey or Daniel J. Gunter, RIDDELL WILLIAMS P.S., 1001 Fourth Avenue, Suite 4500, Seattle, WA 98154, (206) 624-3600, who will be responsible for the deposition on behalf of the Defendants.

DATED this _____ day of October, 2007.

**ATTORNEYS FOR DEFENDANT
FISHER CONTROLS INTERNATIONAL, LLC**

**MARON MARVEL BRADLEY & ANDERSON**

By: _____
Paul A. Bradley (DE Bar ID #2156)
1201 N. Market Street, Suite 900
P.O. Box 288
Wilmington, DE 19899

RIDDELL WILLIAMS P.S.

By: _____
Patrick D. McVey, WSBA #8489
Daniel J. Gunter, WSBA #27491
1001 Fourth Avenue, Suite 4500
Seattle, WA 98154

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the ___1st___ day of October, 2007, I caused to be served a true and correct copy of the foregoing document by the method indicated below and addressed as follows:

| | | |
|---|---|---|
| Mr. Thomas P. Wagner<br>Marshall Dennehey Warner<br>Coleman & Goggin<br>1845 Walnut Street<br>Philadelphia, PA 19103<br><br>Phone: 215.575.4562<br>Fax: 215.575.0856<br>Email: tpwagner@mdwcg.com | ( x )<br>( )<br>( )<br>( )<br>( x ) | U.S. Mail<br>Hand Delivery<br>Facsimile<br>Overnight Mail<br>Email |
| Mr. Joseph Scott Shannon<br>Marshall, Dennehey, Warner, Coleman & Goggin<br>1220 Market Street, 5th Floor<br>Wilmington DE 19801<br><br>Phone: (302) 552-4300<br>Fax: (302) 651-7905<br>Email: lawolhar@mdwcg.com | ( x )<br>( )<br>( )<br>( )<br>( x ) | U.S. Mail<br>Hand Delivery<br>Facsimile<br>Overnight Mail<br>Email |

*Melinda R. Bergmann for*
_____
Molly McInnis

AMENDED NOTICE OF DEPOSITION
OF ALBERT CAPPELLINI                    -3-
4848-7385-6513.01
100107/1314