IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NORTHEAST CONTROLS, INC.,<br>3 Enterprise Avenue<br>Clifton Park<br>New York, NY 12065<br><br>ST. PAUL MERCURY<br>INSURANCE COMPANY<br>385 Washington Street<br>St. Paul, MN 55102<br><br>      Plaintiffs,<br><br>v.<br><br>FISHER CONTROLS<br>INTERNATIONAL, LLC.<br>205 S. Center Street<br>Marshalltown, Iowa 50158<br><br>      Defendant. | Case No.: 06-412<br><br>**AMENDED<br>NOTICE OF DEPOSITION OF<br>DAVID P. POPE, Ph.D.** |

To:    J. Scott Shannon, Esquire        Thomas P. Wagner, Esquire
        Marshall Dennehey Warner         Marshall Dennehey Warner
        Coleman & Goggin                     Coleman & Goggin
        1220 N. Market Street              1845 Walnut Street
        5th Floor                                    Philadelphia, PA 19103
        Wilmington, DE 19801

      PLEASE TAKE NOTICE that, Defendant, by and through its attorneys of record, will take the testimony on oral examination of **David P. Pope, Ph.D.,** pursuant to Rule 30 of the Federal Rules of Civil Procedure, before an official Court Reporter, a Notary Public, or in case of his/her inability to act or be present, before some other officer authorized to administer

AMENDED NOTICE OF DEPOSITION
OF DAVID P. POPE, Ph.D.              -1-
4821-2154-1121.01
100107/1423

oaths, on **, October 16, 2007, at 9:30 a.m**. of said day at **Maron Marvel Bradley & Anderson, P.A., 1201 North Market Street, Suit 900, Wilmington, DE 19801.**

PLEASE TAKE FURTHER NOTICE that the deponent is commanded to produce the items described in Exhibit A (attached hereto) pursuant to the production schedule described in Exhibit A.

The deposition shall be continued from day to day until completed, excluding weekends and holidays. The deposition shall be recorded stenographically, and/or on audiotape.

If you have any questions or issues regarding the notice, please contact Patrick D. McVey or Daniel J. Gunter, RIDDELL WILLIAMS P.S., 1001 Fourth Avenue, Suite 4500, Seattle, WA 98154, (206) 624-3600, who will be responsible for the deposition on behalf of the Defendants.

**AMENDED NOTICE OF DEPOSITION**
**OF DAVID P. POPE, Ph.D.**                -2-
4821-2154-1121.01
100107/1310

DATED this 1st day of October, 2007.

                          ATTORNEYS FOR DEFENDANT
                          FISHER CONTROLS INTERNATIONAL, LLC

                          **MARON MARVEL BRADLEY & ANDERSON**

                          By: _____
                          Paul A. Bradley (DE Bar ID #2156)
                          1201 N. Market Street, Suite 900
                          P.O. Box 288
                          Wilmington, DE 19899

                          RIDDELL WILLIAMS P.S.

                          By: _____
                          Patrick D. McVey, WSBA #8489
                          Daniel J. Gunter, WSBA #27491
                          1001 Fourth Avenue, Suite 4500
                          Seattle, WA 98154

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 1st day of October, 2007, I caused to be served a true and correct copy of the foregoing document by the method indicated below and addressed as follows:

| | | |
|---|---|---|
| Mr. Thomas P. Wagner<br>Marshall Dennehey Warner<br>Coleman & Goggin<br>1845 Walnut Street<br>Philadelphia, PA 19103<br><br>Phone: 215.575.4562<br>Fax: 215.575.0856<br>Email: tpwagner@mdwcg.com | ( x )<br>( )<br>( )<br>( )<br>( x ) | U.S. Mail<br>Hand Delivery<br>Facsimile<br>Overnight Mail<br>Email |
| Mr. Joseph Scott Shannon<br>Marshall, Dennehey, Warner, Coleman & Goggin<br>1220 Market Street, 5th Floor<br>Wilmington DE 19801<br><br>Phone: (302) 552-4300<br>Fax: (302) 651-7905<br>Email: lawolhar@mdwcg.com | ( x )<br>( )<br>( )<br>( )<br>( x ) | U.S. Mail<br>Hand Delivery<br>Facsimile<br>Overnight Mail<br>Email |

_Melinda R. Bergman for_
Molly McInnis

AMENDED NOTICE OF DEPOSITION
OF DAVID P. POPE, Ph.D.                    -4-
4821-2154-1121.01
100107/1310

# EXHIBIT A

A.  Produce 7 days in advance of deposition to:   Mr. Patrick D. McVey
Mr. Daniel J. Gunter
Riddell Williams P.S.
1001 Fourth Avenue, Suite 4500
Seattle, WA 98154

1. Your Curriculum Vitae;

2. Your working file in this matter;

3. Your billing statements reflecting all work done by you in preparing your expert report or in formulating your opinion in this case;

4. Each and every document reviewed by you or utilized by you in preparing your expert report or in formulating your opinion in this case;

5. Each and every tangible thing reviewed by you or utilized by you in preparing your expert report or in formulating your opinion in this case;

6. Any and all photographs, charts, drawings, videotapes, diagrams, or other graphic representations or documents prepared by you or reviewed by you which relate to plaintiff's claim or your opinion in the case;

7. Any and all textbooks, treatises, articles, studies, abstracts or other documents that support the opinions in your report;

8. Any exhibits or demonstrative aids you plan to rely on at the trial in this matter; and

9. A list of the cases in which you have testified in the last four years.