IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NORTHEAST CONTROLS, INC.,<br>3 Enterprise Avenue<br>Clifton Park<br>New York, NY 12065<br><br>ST. PAUL MERCURY<br>INSURANCE COMPANY<br>385 Washington Street<br>St. Paul, MN 55102<br><br>    Plaintiffs,<br><br>v.<br><br>FISHER CONTROLS<br>INTERNATIONAL, LLC.<br>205 S. Center Street<br>Marshalltown, Iowa 50158<br><br>    Defendant. | Case No.: 06-412<br><br>**AMENDED<br>NOTICE OF DEPOSITION OF<br>STEVEN SABIA** |

To:    J. Scott Shannon, Esquire        Thomas P. Wagner, Esquire
        Marshall Dennehey Warner        Marshall Dennehey Warner
        Coleman & Goggin                    Coleman & Goggin
        1220 N. Market Street              1845 Walnut Street
        5th Floor                                  Philadelphia, PA 19103
        Wilmington, DE 19801

       PLEASE TAKE NOTICE that, Defendant, by and through its attorneys of record, will take the testimony on oral examination of **Steven Sabia**, pursuant to Rule 30 of the Federal Rules of Civil Procedure, before an official Court Reporter, a Notary Public, or in case of his/her inability to act or be present, before some other officer authorized to administer oaths,

on , **October 11, 2007, at 9:30 a..m**. of said day at **Maron Marvel Bradley & Anderson, P.A., 1201 North Market Street, Suit 900, Wilmington, DE 19801.**

The deposition shall be continued from day to day until completed, excluding weekends and holidays. The deposition shall be recorded stenographically, and/or on audiotape.

If you have any questions or issues regarding the notice, please contact Patrick D. McVey or Daniel J. Gunter, RIDDELL WILLIAMS P.S., 1001 Fourth Avenue, Suite 4500, Seattle, WA 98154, (206) 624-3600, who will be responsible for the deposition on behalf of the Defendants.

DATED this 1st day of October, 2007.

ATTORNEYS FOR DEFENDANT
FISHER CONTROLS INTERNATIONAL, LLC

MARON MARVEL BRADLEY & ANDERSON

By: _____
Paul A. Bradley (DE Bar ID #2156)
1201 N. Market Street, Suite 900
P.O. Box 288
Wilmington, DE 19899

RIDDELL WILLIAMS P.S.

By: _____
Patrick D. McVey, WSBA #8489
Daniel J. Gunter, WSBA #27491
1001 Fourth Avenue, Suite 4500
Seattle, WA 98154

AMENDED NOTICE OF DEPOSITION
OF STEVEN SABIA                -2-
4836-3371-8785.01
100107/1303

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 1st day of October, 2007, I caused to be served a true and correct copy of the foregoing document by the method indicated below and addressed as follows:

| | | |
|---|---|---|
| Mr. Thomas P. Wagner<br>Marshall Dennehey Warner<br>Coleman & Goggin<br>1845 Walnut Street<br>Philadelphia, PA 19103<br><br>Phone: 215.575.4562<br>Fax: 215.575.0856<br>Email: tpwagner@mdwcg.com | ( x )<br>( )<br>( )<br>( )<br>( x ) | U.S. Mail<br>Hand Delivery<br>Facsimile<br>Overnight Mail<br>Email |
| Mr. Joseph Scott Shannon<br>Marshall, Dennehey, Warner, Coleman & Goggin<br>1220 Market Street, 5th Floor<br>Wilmington DE 19801<br><br>Phone: (302) 552-4300<br>Fax: (302) 651-7905<br>Email: lawolhar@mdwcg.com | ( x )<br>( )<br>( )<br>( )<br>( x ) | U.S. Mail<br>Hand Delivery<br>Facsimile<br>Overnight Mail<br>Email |

_/s/ Melinda R. Benjamin_
Molly McInnis

AMENDED NOTICE OF DEPOSITION
OF STEVEN SABIA                             -3-
4836-3371-8785.01
100107/1303