IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NORTHEAST CONTROLS, INC.,<br>3 Enterprise Avenue<br>Clifton Park<br>New York, NY 12065<br><br>ST. PAUL MERCURY<br>INSURANCE COMPANY<br>385 Washington Street<br>St. Paul, MN 55102<br><br>    Plaintiffs,<br><br>v.<br><br>FISHER CONTROLS<br>INTERNATIONAL, LLC.<br>205 S. Center Street<br>Marshalltown, Iowa 50158<br><br>    Defendant. | Case No.: 06-412<br><br>**NOTICE OF DEPOSITION OF<br>BHIM S. BHAKOO** |

To    F. Warren Jacoby          J. Scott Shannon              Thomas P. Wagner
       Joseph Riches             Marshall Dennehey Warner   Marshall Dennehey Warner
       Cozen & O'Connor        Coleman & Goggin           Coleman & Goggin
       1900 Market Street       1220 N. Market Street,     1845 Walnut Street
       Philadelphia, PA          5th Floor                       Philadelphia, PA 19103
       19103-3508                Wilmington, DE 19801

PLEASE TAKE NOTICE that, Defendant, by and through its attorneys of record, will take the testimony on oral examination of **Bhim S. Bhakoo,** pursuant to Rule 30 of the Federal Rules of Civil Procedure, before an official Court Reporter, a Notary Public, or in case of his/her inability to act or be present, before some other officer authorized to administer oaths,

on , **October 16, 2007, at 9:30 a.m.** of said day at **Cozen O'Connor, 1900 Market Street, Philadelphia, PA 19103.**

The deposition shall be continued from day to day until completed, excluding weekends and holidays. The deposition shall be recorded stenographically, and/or on audiotape.

If you have any questions or issues regarding the notice, please contact Patrick D. McVey or Daniel J. Gunter, RIDDELL WILLIAMS P.S., 1001 Fourth Avenue, Suite 4500, Seattle, WA 98154, (206) 624-3600, who will be responsible for the deposition on behalf of the Defendants.

DATED this 3d day of October, 2007.

ATTORNEYS FOR DEFENDANT
FISHER CONTROLS INTERNATIONAL, LLC

MARON MARVEL BRADLEY & ANDERSON

By: _____
Paul A. Bradley (DE Bar ID #2156)
1201 N. Market Street, Suite 900
P.O. Box 288
Wilmington, DE 19899

RIDDELL WILLIAMS P.S.

By: _____
Patrick D. McVey, WSBA #8489
Daniel J. Gunter, WSBA #27491
1001 Fourth Avenue, Suite 4500
Seattle, WA 98154

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 3rd day of October, 2007, I caused to be served a true and correct copy of the foregoing document by the method indicated below and addressed as follows:

| | | |
|---|---|---|
| Mr. Thomas P. Wagner<br>Marshall Dennehey Warner<br>Coleman & Goggin<br>1845 Walnut Street<br>Philadelphia, PA 19103<br><br>Phone: 215.575.4562<br>Fax: 215.575.0856<br>Email: tpwagner@mdwcg.com | ( x )<br>( )<br>( )<br>( )<br>( x ) | U.S. Mail<br>Hand Delivery<br>Facsimile<br>Overnight Mail<br>Email |
| Mr. Joseph Scott Shannon<br>Marshall, Dennehey, Warner, Coleman & Goggin<br>1220 Market Street, 5th Floor<br>Wilmington DE 19801<br><br>Phone: (302) 552-4300<br>Fax: (302) 651-7905<br>Email: lawolhar@mdwcg.com | ( x )<br>( )<br>( )<br>( )<br>( x ) | U.S. Mail<br>Hand Delivery<br>Facsimile<br>Overnight Mail<br>Email |
| Mr. Joseph Riches<br>Mr. F. Warren Jacoby<br>Cozen O'Connor<br>1900 Market Street<br>Philadelphia PA 19103-3508<br><br>Phone: (215) 665-2018<br>Fax: (215) 701-2154<br>Email: jriches@cozen.com | ( x )<br>( )<br>( )<br>( )<br>( x ) | U.S. Mail<br>Hand Delivery<br>Facsimile<br>Overnight Mail<br>Email |

*/s/ Molly McInnis*
Molly McInnis