IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NORTHEAST CONTROLS, INC.,<br>3 Enterprise Avenue<br>Clifton Park<br>New York, NY 12065<br><br>ST. PAUL MERCURY<br>INSURANCE COMPANY<br>385 Washington Street<br>St. Paul, MN  55102<br><br>      Plaintiffs,<br><br>v.<br><br>FISHER CONTROLS INTERNATIONAL, LLC<br>205 S. Center Street<br>Marshalltown, Iowa 50158<br><br>      Defendant. | C.A. No.:  06-412 SLR<br><br>**NOTICE OF SERVICE OF DEFENDANT'S REPUTTAL EXPERT REPORT OF ROBERT MOSTELLO** |

Please take notice that on this 5th day of October, 2007, Defendant, Fisher Controls International, LLC's produced via hand delivery to counsel for Plaintiffs the rebuttal report of Robert A. Mostello, PE, Ph.D. pursuant to Rule 26(a)(2).

              **MARON MARVEL BRADLEY**
                **& ANDERSON, P.A.**

              /s/ Paul A. Bradley
              Paul A. Bradley (DE Bar ID #2156)
              1201 N. Market Street, Suite 900
              P.O. Box 288
              Wilmington, DE 19899
              (302) 428-0180 (fax)
              pab@maronmarvel.com
              Attorney for Defendant
              Fisher Controls International, LLC

*OF COUNSEL*

**RIDDELL WILLIAMS P.S**.
Patrick D. McVey, Esquire
Daniel J. Gunter, Esquire
1001 Fourth Avenue Plaza,
Suite 4500
Seattle, WA 98154


Date: October 5, 2007

{82008.00001 / W0253265}