*IN THE UNITED STATES DISTRICT COURT*
*FOR THE DISTRICT OF DELAWARE*

NORTHEAST CONTROLS, INC.   :  CIVIL ACTION – LAW
   and          :
ST. PAUL MERCURY INSURANCE COMPANY :
              :
              :
    v.        :
              :
              :
FISHER CONTROLS INTERNATIONAL, LLC :  NO. 1:06-CV-00412 (SLR)

## NOTICE OF DEPOSITION DUCES TECUM

To: Daniel Gunter, Esquire
  Riddell Williams, P.S.
  1001 Fourth Avenue Plaza - Suite 4500
  Seattle, WA  98154-1065

  Paul A. Bradley, Esquire
  Maron, Marvel, Bradley & Anderson, P.A.
  1201 N. Market Street, Suite 900
  P.O. Box 288
  Wilmington, DE 19899

  PLEASE TAKE NOTICE that the undersigned attorney will take the oral deposition of Robert A. Mostello, PE (ret), Ph.D., in the above-captioned matter on Friday, November 2, 2007, at 10:00 a.m., at our offices located at Marshall, Dennehey, Warner, Coleman & Goggin, 1220 N. Market Street, 4th Floor, Wilmington, DE  199899.

  DUCES TECUM: The deponent is to bring the entire file, all documents referenced referred to, relied upon and referenced within your 'Report on Ordering of Valve 83HV0629 in Regard to the Accident at Delaware City, DE on May 20, 2000' that is dated September 4, 2007, and rebuttal report dated October 4, 2007, and addressed to Mr. Patrick D. McVey; as well as all published articles which you authored in whole or in part; and all sources, authorities, or reference materials upon which you relied in reaching the conclusions stated within the above-referenced reports dated September 4, 2007 and October 4, 2007.

MARSHALL, DENNEHEY, WARNER,
COLEMAN & GOGGIN


By:

    Thomas P. Wagner, Esquire
    Attorney for Plaintiffs,
    Northeast Controls, Inc. and St. Paul
    Mercury Insurance Company
    1845 Walnut Street – 21st Floor
    Philadelphia, PA  19103
    (215) 575-2600

    /s/ Joseph Scott Shannon
    Joseph Scott Shannon, Esquire (I.D. 3434)
    1220 North Market Street, 5th Floor
    P.O. Box 8888
    Wilmington, DE 19899 – 8888
    tel.: 302.552.4329
    fax.: 302.651.7905


cc:    Basye Santiago Court Reporting

15/541912.v1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 12th day of October, a copy of the foregoing

Notice of Deposition Duces Tecum was served via electronic mail and first class mail upon the

following person(s):

Daniel Gunter, Esquire
Riddell Williams, P.S.
1001 Fourth Avenue Plaza - Suite 4500
Seattle, WA  98154-1065

Paul A. Bradley, Esquire
Maron, Marvel, Bradley & Anderson, P.A.
1201 N. Market Street, Suite 900
P.O. Box 288
Wilmington, DE 19899

MARSHALL, DENNEHEY, WARNER,
COLEMAN & GOGGIN

By:     _____
        Thomas P. Wagner, Esquire
        Attorney for Plaintiffs,
        Northeast Controls, Inc. and St. Paul
        Mercury Insurance Company
        1845 Walnut Street – 21st Floor
        Philadelphia, PA  19103
        (215) 575-2600

        /s/ Joseph Scott Shannon
        Joseph Scott Shannon, Esquire (I.D. 3434)
        1220 North Market Street, 5th Floor
        P.O. Box 8888
        Wilmington, DE 19899 – 8888
        tel.: 302.552.4329
        fax.: 302.651.7905

15/541912.v1