IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NORTHEAST CONTROLS, INC., <br> 3 Enterprise Avenue <br> Clifton Park <br> New York, NY 12065 <br><br> ST. PAUL MERCURY <br> INSURANCE COMPANY <br> 385 Washington Street <br> St. Paul, MN 55102 <br><br> Plaintiffs, <br><br> v. <br><br> FISHER CONTROLS INTERNATIONAL, LLC <br> 205 S. Center Street <br> Marshalltown, Iowa 50158 <br><br> Defendant. | C.A. No. 06-412 SLR <br><br> **AMENDED NOTICE OF** <br><br> **DEPOSITION OF DEAN F.** <br><br> **MURTAGH** |

To:   J. Scott Shannon, Esquire           Thomas P. Wagner, Esquire
      Marshall Dennehey Warner            Marshall Dennehey Warner
      Coleman & Goggin                    Coleman & Goggin
      1220 N. Market Street               1845 Walnut Street
      5th Floor                           Philadelphia, PA  19103
      Wilmington, DE  19801

PLEASE TAKE NOTICE that, Defendant, by and through its attorneys of record, will take the testimony on oral examination of Dean F. Murtagh pursuant to Rule 30 of the Federal Rules of Civil Procedure, before an official Court Reporter, a Notary Public, or in case of his/her inability to act or be present, before some other officer authorized to administer oaths, on November 2, 2007, at 9:30 a.m. of said day at Maron Marvel Bradley & Anderson, P.A., 1201 N. Market Street, Suite 900, Wilmington, DE  19801.

{82008.00001 / W0259985}

PLEASE TAKE FURTHER NOTICE that the deponent is commanded to produce the items described in Exhibit A (attached hereto) pursuant to the production schedule described in Exhibit A.

The deposition shall be continued from day to day until completed, excluding weekends and holidays. The deposition shall be recorded stenographically, and/or on audiotape.

                                          **MARON MARVEL BRADLEY & ANDERSON, P.A.**

                                          /s/ Paul A. Bradley
                                          Paul A. Bradley (DE Bar ID #2156)
                                          1201 N. Market Street, Suite 900
                                          P.O. Box 288
                                          Wilmington, DE 19899
                                          (302) 428-0180 (fax)
                                          pab@maronmarvel.com
                                          Attorney for Defendant
                                          Fisher Controls International, LLC

*OF COUNSEL*

**RIDDELL WILLIAMS P.S**.
Patrick D. McVey, Esquire
Daniel J. Gunter, Esquire
1001 Fourth Avenue Plaza
Suite 4500
Seattle, WA 98154

Dated: October 22, 2007

## EXHIBIT A

A. **Produce 7 days in advance of deposition to:**

**Paul A. Bradley, Esquire**
**Maron Marvel Bradley & Anderson, P.A.**
**1201 N. Market Street, Suite 900**
**Wilmington, DE 19801**

1. Your Curriculum Vitae;

2. Your working file on this matter;

3. Your billing statement reflecting all the work done by you in preparing your expert report or in formulating your opinion in this case;

4. Each and every document reviewed by you or utilized by you in preparing your expert report or in formulating your opinion in this case;

5. Each and every tangible thing reviewed by you or utilized by you in preparing your expert report or in formulating your opinion in this case;

6. Any and all photographs, charts, drawings, videotapes, diagrams, or other graphic representations or documents prepared by you or reviewed by you which relate to plaintiff's claim or your opinion in the case;

7. Any and all textbooks, treatises, articles, studies, abstracts or other documents that support the opinion in your report;

8. Any exhibits or demonstrative aids you plan to rely on at the trial in this matter; and

9. A list of the cases in which you have testified in the last four years.

## CERTIFICATE OF SERVICE

I, Paul A. Bradley, Esquire, hereby certify that, on October 22, 2007, I caused a true and correct copy of the Defendant's Notice of Deposition of Dean F. Murtagh, to be served upon counsel of record via electronic filing.

                    **MARON MARVEL BRADLEY & ANDERSON, P.A.**

                    /s/ Paul A. Bradley
                    Paul A. Bradley (DE Bar ID #2156)
                    1201 N. Market Street, Suite 900
                    P.O. Box 288
                    Wilmington, DE 19899
                    (302) 428-0180 (fax)
                    pab@maronmarvel.com
                    Attorney for Defendant
                    Fisher Controls International, LLC

*OF COUNSEL*

**RIDDELL WILLIAMS P.S.**
Patrick D. McVey, Esquire
Daniel J. Gunter, Esquire
1001 Fourth Avenue Plaza,
Suite 4500
Seattle, WA 98154


Date:   October 22, 2007