IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **NORTHEAST CONTROLS, INC.,**<br>**3 Enterprise Avenue**<br>**Clifton Park**<br>**New York, NY 12065**<br><br>**ST. PAUL MERCURY**<br>**INSURANCE COMPANY**<br>**385 Washington Street**<br>**St. Paul, MN 55102**<br><br>                    **Plaintiffs,**<br><br>v.<br><br>**FISHER CONTROLS INTERNATIONAL,**<br>**LLC**<br>**205 S. Center Street**<br>**Marshalltown, Iowa 50158,**<br><br>                    **Defendant.** | NO. 06-412 SLR<br><br><br>**Notice of Service of**<br>**Revised Notice of Deposition**<br>**and Fisher's Objections**<br>**Thereto** |

   I, Paul A. Bradley, Esquire, hereby certify that, on October 29, 2007, I caused a true and correct copy of the Notice of Deposition and Objections Thereto to be served upon counsel of record via facsimile, hand-delivery and electronic filing.

                    **MARON MARVEL BRADLEY**
                    **& ANDERSON, P.A.**

                    /s/ Paul A. Bradley
                    Paul A. Bradley (DE Bar ID #2156)
                    1201 N. Market Street, Suite 900
                    P.O. Box 288
                    Wilmington, DE 19899
                    (302) 425-5177 (phone)
                    (302) 428-0180 (fax)
                    pab@maronmarvel.com
                    Attorney for Defendant
                    Fisher Controls International, LLC

{82008.00001 / W0263546}                    1

*OF COUNSEL*

**RIDDELL WILLIAMS P.S**.
Patrick D. McVey, Esquire
Daniel J. Gunter, Esquire
1001 Fourth Avenue Plaza,
Suite 4500
Seattle, WA 98154


Date: October 29, 2007