IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NORTHEAST CONTROLS, INC.,<br>3 Enterprise Avenue<br>Clifton Park<br>New York, NY 12065<br><br>ST. PAUL MERCURY<br>INSURANCE COMPANY<br>385 Washington Street<br>St. Paul, MN 55102<br><br>                Plaintiffs,<br><br>v.<br><br>FISHER CONTROLS INTERNATIONAL, LLC<br>205 S. Center Street<br>Marshalltown, Iowa 50158<br><br><br>                Defendant. | NO. 06-412 SLR<br><br><br>**REQUEST FOR PRODUCTION OF DOCUMENTS OF PLAINTIFFS, NORTHEAST CONTROLS, INC., AND ST. PAUL MERCURY INSURANCE COMPANY DIRECTED TO DEFENDANT, FISHER CONTROLS INTERNATIONAL, LLC— SET III AND FISHER'S RESPONSES THERETO** |

      I, Paul A. Bradley, Esquire, hereby certify that, on October 29, 2007, I caused a true and correct copy of the Request for Production of Documents of Plaintiffs, Northeast Controls, Inc., and St. Paul Mercury Insurance Company Directed to Defendant, Fisher Controls International, LLC – Set III and Fisher's Responses Thereto to be served upon counsel of record via overnight mail.

{82008.00001 / W0263692}

        **MARON MARVEL BRADLEY & ANDERSON, P.A.**

/s/ Paul A. Bradley
Paul A. Bradley (DE Bar ID #2156)
1201 N. Market Street, Suite 900
P.O. Box 288
Wilmington, DE 19899
(302) 425-5177 (phone)
(302) 428-0180 (fax)
pab@maronmarvel.com
Attorney for Defendant
Fisher Controls International, LLC

*OF COUNSEL*

**RIDDELL WILLIAMS P.S**.
Patrick D. McVey, Esquire
Daniel J. Gunter, Esquire
1001 Fourth Avenue Plaza
Suite 4500
Seattle, WA 98154

Date:  October 29, 2007

{82008.00001 / W0263692}