IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NORTHEAST CONTROLS, INC., <br> 3 Enterprise Avenue <br> Clifton Park <br> New York, NY 12065 <br><br> ST. PAUL MERCURY <br> INSURANCE COMPANY <br> 385 Washington Street <br> St. Paul, MN 55102 <br><br>      Plaintiffs, <br><br> v. <br><br> FISHER CONTROLS INTERNATIONAL, LLC <br> 205 S. Center Street <br> Marshalltown, Iowa 50158 <br><br>      Defendant. | NO. 06-412 SLR <br><br><br> **Notice of Withdrawal of Defendant's Motion to Compel Depositions of Michael Peters and Albert Cappellini** |

  Defendant, Fisher Controls International, LLC, hereby gives notice of the withdrawal of its Motion to Compel Depositions of Albert Cappellini and Michael Peters.

            **MARON MARVEL BRADLEY** <br>
             **& ANDERSON, P.A.**

            /s/ Paul A. Bradley <br>
            Paul A. Bradley (DE Bar ID #2156) <br>
            1201 N. Market Street, Suite 900 <br>
            P.O. Box 288 <br>
            Wilmington, DE 19899 <br>
            (302) 425-5177 (phone) <br>
            (302) 428-0180 (fax) <br>
            pab@maronmarvel.com <br>
            Attorney for Defendant <br>
            Fisher Controls International, LLC

*OF COUNSEL*

**RIDDELL WILLIAMS P.S**.
Patrick D. McVey, Esquire
Daniel J. Gunter, Esquire
1001 Fourth Avenue Plaza,
Suite 4500
Seattle, WA 98154


Date:  October 30, 2007

**CERTIFICATE OF SERVICE**

I, Paul A. Bradley, Esquire, hereby certify that, on October 30, 2007, I caused a true and correct copy of the Defendant's Notice of Withdrawal of Defendant's Motion to Compel Depositions of Michael Peters and Albert Cappellini to be served upon counsel of record via electronic filing and U.S. first class mail.

                                                **MARON MARVEL BRADLEY**
                                                  **& ANDERSON, P.A.**

                                                /s/ Paul A. Bradley
                                                Paul A. Bradley (DE Bar ID #2156)
                                                1201 N. Market Street, Suite 900
                                                P.O. Box 288
                                                Wilmington, DE 19899
                                                (302) 428-0180 (fax)
                                                pab@maronmarvel.com
                                                Attorney for Defendant
                                                Fisher Controls International, LLC

*OF COUNSEL*

**RIDDELL WILLIAMS P.S.**
Patrick D. McVey, Esquire
Daniel J. Gunter, Esquire
1001 Fourth Avenue Plaza,
Suite 4500
Seattle, WA 98154


Date:  October 30, 2007