IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY and NORTHEAST CONTROLS INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civ. No. 06-412-SLR |
| FISHER CONTROLS INTERNATIONAL LLC, | ) ) ) ) | |
| Defendant. | ) | |

### ORDER

At Wilmington this 1st day of November, 2007, having reviewed defendant's motion to amend counterclaim and the papers submitted in connection therewith;

IT IS ORDERED that said motion (D.I. 37) is denied as untimely.[1]

_____
United States District Judge

---

[1] Amendments to the pleadings were due to be filed on or before March 12, 2007. (D.I. 16) Defendant's motion to amend its counterclaim was filed on August 15, 2007. (D.I. 37)