IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NORTHEAST CONTROLS, INC.,<br>3 Enterprise Avenue<br>Clifton Park<br>New York, NY 12065<br><br>ST. PAUL MERCURY<br>INSURANCE COMPANY<br>385 Washington Street<br>St. Paul, MN 55102<br><br>            Plaintiffs,<br><br>v.<br><br>FISHER CONTROLS INTERNATIONAL, LLC<br>205 S. Center Street<br>Marshalltown, Iowa 50158<br><br>            Defendant. | NO. 06-412 SLR<br><br>**Notice of Withdrawal of Defendant Fisher Controls International, LLC's Motion for Protective Order** |

Defendant, Fisher Controls International, LLC, hereby gives notice of the withdrawal of Defendant's Motion for Protective Order which was filed with the Court on October 22, 2007 (Docket No. 68).

            **MARON MARVEL BRADLEY**
              **& ANDERSON, P.A.**

            /s/ Paul A. Bradley
            Paul A. Bradley (DE Bar ID #2156)
            1201 N. Market Street, Suite 900
            P.O. Box 288
            Wilmington, DE 19899
            (302) 425-5177 (phone)
            (302) 428-0180 (fax)
            pab@maronmarvel.com
            Attorney for Defendant
            Fisher Controls International, LLC

*<u>OF COUNSEL</u>*

**RIDDELL WILLIAMS P.S**.
Patrick D. McVey, Esquire
Daniel J. Gunter, Esquire
1001 Fourth Avenue Plaza,
Suite 4500
Seattle, WA 98154


Date:  November 2, 2007

## CERTIFICATE OF SERVICE

I, Paul A. Bradley, Esquire, hereby certify that, on November 2, 2007, I caused a true and correct copy of the Defendant's Notice of Withdrawal of Defendant's Motion for Protective Order to be served upon counsel of record via electronic filing and U.S. first class mail.

                        **MARON MARVEL BRADLEY & ANDERSON, P.A.**

                        /s/ Paul A. Bradley
                        Paul A. Bradley (DE Bar ID #2156)
                        1201 N. Market Street, Suite 900
                        P.O. Box 288
                        Wilmington, DE 19899
                        (302) 428-0180 (fax)
                        pab@maronmarvel.com
                        Attorney for Defendant
                        Fisher Controls International, LLC

*OF COUNSEL*

**RIDDELL WILLIAMS P.S.**
Patrick D. McVey, Esquire
Daniel J. Gunter, Esquire
1001 Fourth Avenue Plaza,
Suite 4500
Seattle, WA 98154

Date: November 2, 2007