IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

NORTHEAST CONTROLS, INC. : CIVIL ACTION
  and :
ST. PAUL MERCURY INSURANCE COMPANY :
 :
  v. :
 :
FISHER CONTROLS INTERNATIONAL, LLC : NO. 1:06-CV-00412 (SLR)

**PLAINTIFFS' NORTHEAST CONTROLS, INC. and
ST. PAUL MERCURY INSURANCE COMPANY
<u>MOTION FOR SUMMARY JUDGMENT</u>**

COMES NOW Plaintiffs Northeast Controls, Inc. ("Northeast") and St. Paul Mercury Insurance Company ("St. Paul"), by and through Counsel, and pursuant to Fed. R. Civ. P. 56 request that this Honorable Court grant summary judgment in their favor and against Defendant Fisher Controls International, LLC ("Fisher"), as to all counts and claims, and in support thereof state the following, to wit:

1. This is a breach of contract action. Plaintiff Northeast Controls, Inc. is a sales representative for Defendant Fisher Controls International, LLC under a contract known as the Representative Agreement.

2. Plaintiff Northeast Controls, Inc. was sued in four actions alleging that a product known as a valve manufactured by defendant was defective.

3. The Representative Agreement required Defendant to defend and indemnify Plaintiff Northeast Controls, Inc., but Defendant refused to do so.

4. Accordingly, Plaintiff Northeast Controls, Inc. and its insurer, Plaintiff St. Paul Mercury Insurance Company, were forced to defend and resolve the lawsuits on their own. Plaintiffs expended $1,207,833.50 in doing so.

5. For the reasons set forth in the accompanying brief, Plaintiffs demand full reimbursement of all sums expended, together with interest and costs to be determined.

6. As explained in the accompanying brief, Plaintiffs are entitled to judgment as a matter of law, and hereby move for Summary Judgment under Rule 56 of the Federal Rules of Civil Procedure.

WHEREFORE, for the reasons stated more fully in the accompanying Opening Brief in Support of Plaintiffs' Motion for Summary Judgment, Plaintiffs Northeast and St. Paul respectfully request that this Honorable Court grant summary judgment in their favor and against Defendant Fisher as to all counts and claims.

MARSHALL, DENNEHEY, WARNER,
COLEMAN & GOGGIN

By: /s/ *Thomas P. Wagner*
Thomas P. Wagner, Esquire
1845 Walnut Street
Philadelphia, PA  19103
tel: 215-575-4562
email:  tpwagner@mdwcg.com
*Counsel for Plaintiffs*

MARSHALL DENNEHEY WARNER
COLEMAN & GOGGIN

By: /s/*Joseph Scott Shannon*
Joseph Scott Shannon, Esquire (I.D. 3434)
1220 North Market Street, 5th Floor
P.O. Box 8888
Wilmington, DE 19899 – 8888
tel.: 302.552.4329
e-mail: jsshannon@mdwcg.com
*Counsel for Plaintiffs*

*IN THE UNITED STATES DISTRICT COURT*
*FOR THE DISTRICT OF DELAWARE*

| | | |
|---|---|---|
| NORTHEAST CONTROLS, INC. | : | CIVIL ACTION – LAW |
| and | : | |
| ST. PAUL MERCURY INSURANCE COMPANY | : | |
| | : | |
| v. | : | |
| | : | |
| FISHER CONTROLS INTERNATIONAL, LLC | : | NO. 1:06-CV-00412 (SLR) |

**<u>CERTIFICATE OF SERVICE</u>**

      Joseph Scott Shannon, Esquire, hereby certifies that on November 5, 2007, he caused true and correct copies of the foregoing *Motion for Summary Judgment and Opening Brief in Support Thereof* to be served upon the following persons in the manner indicated:

RIDDELL WILLIAMS, P.S.
Patrick D. McVey, Esquire
Daniel J. Gunter, Esquire
1001 Fourth Avenue Plaza, Ste. 4500
Seattle, WA 98154
*Via 1st Class U.S. Mail,
postage prepaid*

MARON MARVEL BRADLEY
   & ANDERSON, P.A.
Paul A. Bradley, Esquire
1201 North Market Street, Ste. 900
Wilmington, DE 19801
*Via e-filing and 1st Class U.S. Mail
postage prepaid*

MARSHALL DENNEHEY WARNER
   COLEMAN & GOGGIN
  /s/Joseph Scott Shannon
Joseph Scott Shannon, Esquire (I.D. 3434)
1220 North Market Street, 5th Floor
P.O. Box 8888
Wilmington, DE 19899 – 8888
tel.: 302.552.4329
e-mail: jsshannon@mdwcg.com
*Counsel for Plaintiffs*

15/550059.v1

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NORTHEAST CONTROLS, INC.<br>    and<br>ST. PAUL MERCURY INSURANCE COMPANY | :<br>:<br>: | CIVIL ACTION |
| v. | :<br>: | |
| FISHER CONTROLS INTERNATIONAL, LLC | : | NO. 1:06-CV-00412 (SLR) |

### ORDER

**AND NOW**, this _____ day of _____, 2007 having heard the Motion for Summary Judgment of Plaintiffs Northeast Controls, Inc. and St. Paul Mercury Insurance Company and any opposition thereto, IT IS HEREBY ORDERED that Plaintiffs' Motion for Summary Judgment is GRANTED and JUDGMENT is entered in favor of Plaintiffs Northeast Controls, Inc. and St. Paul Mercury Insurance Company and against Defendant Fisher Controls International, LLC in the amount of $1,207,833.50, plus interest and costs, including attorneys' fees incurred in bringing this enforcement action, to be determined. Defendant's counterclaim against Plaintiffs is dismissed with prejudice.

_____
Honorable Sue L. Robinson

15/550057.v1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NORTHEAST CONTROLS, Inc.; and<br>ST. PAUL MERCURY INSURANCE Co.,<br><br>                Plaintiffs,<br><br>    v.<br><br>FISHER CONTROLS INTERNATIONAL, LLC,<br><br>                Defendant. | Civ. A. No. 06-412-SLR |

## CERTIFICATE OF SERVICE

TO:    RIDDELL WILLIAMS                MARON MARVEL BRADLEY
          Patrick McVey, Esquire               & ANDERSON, P.A.
          Daniel J. Gunter, Esquire             Paul A. Bradley, Esquire
          1001 Fourth Avenue Plaza, Ste. 4500    1201 North Market Street, Ste. 900
          Seattle, WA 98154                       Wilmington, DE 19801

       PLEASE TAKE NOTICE:    On November 5, 2007, Northeast Controls, Inc. served the attached *Plaintiffs' Opening Brief in Support of their Motion for Summary Judgment Pursuant to Fed. R. Civ. P. 56* upon Defendant Fisher Controls, Inc. via e-filing and First Class U.S. Mail, postage prepaid, to the above-named persons.

**MARSHALL DENNEHEY WARNER**        **MARSHALL DENNEHEY WARNER**
      **COLEMAN & GOGGIN**                          **COLEMAN & GOGGIN**

  */s/Thomas P. Wagner*                       */s/Joseph Scott Shannon*
Thomas P. Wagner, Esquire (*pro hac vice*)     Joseph Scott Shannon, Esquire (I.D. 3434)
1845 Walnut Street, 21st Floor                1220 North Market Street, 5th Floor
Philadelphia, PA 19103                          P.O. Box 8888
tel.: 215.575.4562                             Wilmington, DE 19899 – 8888
e-mail: tpwagner@mdwcg.com              tel.: 302.552.4329
*Of Counsel for Plaintiffs*                       e-mail: jsshannon@mdwcg.com
                                                    *Counsel for Plaintiffs*

Dated: November 5, 2007