## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NORTHEAST CONTROLS, INC. and ST. PAUL MERCURY INSURANCE COMPANY<br><br>Plaintiffs,<br><br>v.<br><br>FISHER CONTROLS INTERNATIONAL, LLC<br><br>Defendant. | **NO. 06-412 SLR** |

### DEFENDANT FISHER CONTROLS INTERNATIONAL, LLC'S MOTION FOR SUMMARY JUDGMENT

Defendant Fisher Controls International, LLC hereby moves the Court for an Order granting

summary judgment in its favor pursuant to Federal Rule of Civil Procedure 56.   The grounds for

this Motion are more fully set forth in Defendant Fisher Controls International, LLC's Opening

Brief in Support of Its Motion for Summary Judgment filed contemporaneously herewith.

//

//

//

//

//

//

MARON MARVEL BRADLEY & ANDERSON, P.A.


By: /s/ Paul A. Bradley

      Paul A. Bradley (DE Bar ID 2156)
      Maron Marvel Bradley & Anderson, P.A.
      1201 N. Market St, Ste. 900
      Wilmington, DE 19801
      (302) 425-5177 (Tel.)
      (302) 425-0180 (Fax)
      pab@maronmarvel.com

Date:  November 5, 2007


RIDDELL WILLIAMS P.S.


By: /s/ Daniel J. Gunter

      Patrick D. McVey
      *Pro hac vice*
      Daniel J. Gunter
      *Pro hac vice*
      Riddell Williams P.S.
      1001 Fourth Avenue Plaza, Suite 4500
      Seattle, WA  98154
      (206) 624-3600 (Tel.)
      (206) 389-1700 (Fax)
      pmcvey@riddellwilliams.com
      dgunter@riddellwilliams.com

Date:  November 5, 2007

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

NORTHEAST CONTROLS, INC. and      **NO. 06-412 SLR**
ST. PAUL MERCURY
INSURANCE COMPANY,

           Plaintiffs,

      v.

FISHER CONTROLS INTERNATIONAL, LLC

           Defendant.


## <u>ORDER</u>

AND NOW, this _____ day of _____, 2007, this Court having considered Defendant Fisher Controls International, LLC's Motion for Summary Judgment, any responses thereto, and oral argument thereon,

IT IS HEREBY ORDERED that Defendant Fisher Controls International, LLC's Motion for Summary Judgment is hereby GRANTED. Fisher Controls International, LLC's motion for summary judgment as to its counterclaim for breach of contract against plaintiff Northeast Controls, Inc. is hereby GRANTED.


_____
    J.

## CERTIFICATE OF SERVICE

I, Paul A. Bradley, Esquire, hereby certify that, on November 5, 2007, I caused a true and correct copy of the Defendant Fisher Controls International, LLC's Motion for Summary Judgment, Opening Brief in Support thereof, and Affidavit of Daniel J. Gunter to be served upon counsel of record via electronic filing and hand delivery.

**MARON MARVEL BRADLEY**
**& ANDERSON, P.A.**

/s/ Paul A. Bradley
Paul A. Bradley (DE Bar ID #2156)
1201 N. Market Street, Suite 900
P.O. Box 288
Wilmington, DE 19899
(302) 425-5177 (phone)
(302) 428-0180 (fax)
pab@maronmarvel.com
Attorney for Defendant
Fisher Controls International, LLC

*OF COUNSEL*

**RIDDELL WILLIAMS P.S.**
Patrick D. McVey, Esquire
Daniel J. Gunter, Esquire
1001 Fourth Avenue Plaza
Suite 4500
Seattle, WA 98154

Date:  November 5, 2007