# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NORTHEAST CONTROLS, Inc.; and<br>ST. PAUL MERCURY INSURANCE Co., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>FISHER CONTROLS INTERNATIONAL, LLC, )<br>)<br>Defendant. ) | Civ. A. No. 06-412-SLR |

## NOTICE OF FILING IN PAPER FORMAT

TO:   RIDDELL WILLIAMS, P.S.              MARON MARVEL BRADLEY
      Patrick D. McVey, Esquire            & ANDERSON, P.A.
      Daniel J. Gunter, Esquire            Paul A. Bradley, Esquire
      1001 Fourth Avenue Plaza, Ste. 4500  1201 North Market Street, Ste. 900
      Seattle, WA 98154                    Wilmington, DE 19801

PLEASE TAKE NOTICE:   *Appendix A to Plaintiffs' Opening Brief in Support of Motion for Summary Judgment Pursuant to Fed. R.. Civ. P. 56*, comprising Exhibits 1 – 26, pages A00001-0665 will be filed with the Court and served upon Counsel in paper format.

**MARSHALL DENNEHEY WARNER**           **MARSHALL DENNEHEY WARNER**
    **COLEMAN & GOGGIN**                    **COLEMAN & GOGGIN**

  /s/Thomas P. Wagner                      /s/Joseph Scott Shannon
Thomas P. Wagner, Esquire (*pro hac vice*)  Joseph Scott Shannon, Esquire (I.D. 3434)
1845 Walnut Street, 21st Floor           1220 North Market Street, 5th Floor
Philadelphia, PA 19103                   P.O. Box 8888
tel.: 215.575.4562                       Wilmington, DE 19899 – 8888
e-mail: tpwagner@mdwcg.com               tel.: 302.552.4329
*Of Counsel for Plaintiffs*              e-mail: jsshannon@mdwcg.com
                                         *Counsel for Plaintiffs*

Dated: November 6, 2007

15/444665.V2