## CERTIFICATE OF SERVICE

I, Paul A. Bradley, Esquire, hereby certify that, on November 29, 2007, I caused a true and correct copy of the following documents to be served upon counsel of record via electronic filing and hand delivery:

1.    Defendant Fisher Controls International, LLC's Reply Brief in Support of its Motion for Summary Judgment; and

2.    Affidavit of Daniel J. Gunter in Support of Defendant Fisher Controls International, LLC's Reply Brief in Support of its Motion for Summary Judgment.

MARON MARVEL BRADLEY
& ANDERSON, P.A.

/s/ Paul A. Bradley
Paul A. Bradley (DE Bar ID #2156)
1201 N. Market Street, Suite 900
P.O. Box 288
Wilmington, DE 19899
(302) 425-5177 (phone)
(302) 428-0180 (fax)
pab@maronmarvel.com
Attorney for Defendant
Fisher Controls International, LLC

*OF COUNSEL*

**RIDDELL WILLIAMS P.S**.
Patrick D. McVey, Esquire
Daniel J. Gunter, Esquire
1001 Fourth Avenue Plaza
Suite 4500
Seattle, WA 98154

Date:  November 29, 2007