IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NORTHEAST CONTROLS, INC. and ST. PAUL MERCURY INSURANCE COMPANY<br><br>Plaintiffs,<br><br>v.<br><br>FISHER CONTROLS INTERNATIONAL, LLC<br><br>Defendant. | NO. 06-412 SLR |

**DEFENDANT FISHER CONTROLS INTERNATIONAL, LLC'S
APPLICATION FOR ORAL ARGUMENT**

Defendant Fisher Controls International, LLC's ("Defendant") respectfully requests oral argument on the Motions for Summary Judgment filed by the parties.

                                 **MARON MARVEL BRADLEY
                                   & ANDERSON, P.A.**

                                 /s/ Paul A. Bradley
                                 Paul A. Bradley (DE Bar ID #2156)
                                 1201 N. Market Street, Suite 900
                                 P.O. Box 288
                                 Wilmington, DE 19899
                                 (302) 425-5177 (phone)
                                 (302) 428-0180 (fax)
                                 pab@maronmarvel.com
                                 Attorney for Defendant
                                 Fisher Controls International, LLC

*OF COUNSEL*

**RIDDELL WILLIAMS P.S**.
Patrick D. McVey, Esquire
Daniel J. Gunter, Esquire
1001 Fourth Avenue Plaza
Suite 4500
Seattle, WA 98154


Dated: November 30, 2007

{82008.00001 / W0279551}

## CERTIFICATE OF SERVICE

I, Paul A. Bradley, Esquire, hereby certify that, on November 30, 2007, I caused a true and correct copy of the Defendant Fisher Controls International, LLC's Application for Oral Argument to be served upon counsel of record via electronic filing and hand delivery.

**MARON MARVEL BRADLEY & ANDERSON, P.A.**

/s/ Paul A. Bradley
Paul A. Bradley (DE Bar ID #2156)
1201 N. Market Street, Suite 900
P.O. Box 288
Wilmington, DE 19899
(302) 425-5177 (phone)
(302) 428-0180 (fax)
pab@maronmarvel.com
Attorney for Defendant
Fisher Controls International, LLC

*OF COUNSEL*

**RIDDELL WILLIAMS P.S**.
Patrick D. McVey, Esquire
Daniel J. Gunter, Esquire
1001 Fourth Avenue Plaza
Suite 4500
Seattle, WA 98154

Date:  November 30, 2007

{82008.00001 / W0279551}                            2