IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NORTHEAST CONTROLS, INC.; and ST. PAUL MERCURY INSURANCE COMPANY, | ) ) ) ) | |
| Plaintiffs | ) ) | No. 1:06-CV-00412 (SLR) |
| v. | ) ) | |
| FISHER CONTROLS INTERNATIONAL, LLC, | ) ) | |
| Defendant | ) | |

**SUR REPLY BRIEF OF PLAINTIFFS, NORTHEAST CONTROLS, INC., AND ST. PAUL MERCURY INSURANCE COMPANY IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Plaintiffs will offer no further briefing on the substantive issues. We believe these issues have been adequately discussed in the respective briefs of the parties.

On the last page of its Reply Brief, however, defendant Fisher makes the surprising argument that Plaintiffs' Answering Brief should not be considered by the Court because it was "untimely." Defendant claims that the brief was due on November 20, 2007, and it was filed the following day, November 21, 2007.

There is no basis for this argument. When Fisher filed its Motion for Summary Judgment, the Clerk of the Court entered a Notice on the docket advising the parties that responsive briefs were due on November 26, 2007. The same Notice was filed by the Clerk with respect to plaintiffs' Motion for Summary Judgment.

        **MARSHALL, DENNEHEY, WARNER,
        COLEMAN & GOGGIN**

      By: /s/ *Thomas P. Wagner*
        Thomas P. Wagner, Esquire
        1845 Walnut Street
        Philadelphia, PA 19103
        tel: 215-575-4562
        email: tpwagner@mdwcg.com
        *Counsel for Plaintiffs*

**MARSHALL DENNEHEY WARNER
COLEMAN & GOGGIN**

By:  /s/Joseph Scott Shannon
      Joseph Scott Shannon, Esquire (I.D. 3434)
      1220 North Market Street, 5th Floor
      P.O. Box 8888
      Wilmington, DE 19899 – 8888
      tel.: 302.552.4329
      e-mail: jsshannon@mdwcg.com
      *Counsel for Plaintiffs*

Dated: December 4, 2007

01/4224694.v1

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NORTHEAST CONTROLS, Inc.; and<br>ST. PAUL MERCURY INSURANCE Co.,<br><br>Plaintiffs,<br><br>v.<br><br>FISHER CONTROLS INTERNATIONAL, LLC,<br><br>Defendant. | )<br>)<br>)<br>)   Civ. A. No. 06-412-SLR<br>)<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE

TO:  RIDDELL WILLIAMS                         MARON MARVEL BRADLEY
     Patrick McVey, Esquire                   & ANDERSON, P.A.
     Daniel J. Gunter, Esquire                Paul A. Bradley, Esquire
     1001 Fourth Avenue Plaza, Ste. 4500      1201 North Market Street, Ste. 900
     Seattle, WA 98154                        Wilmington, DE 19801

PLEASE TAKE NOTICE:   On December 4, 2007, Northeast Controls, Inc. served the attached *Sur Reply Brief of Plaintiffs, Northeast Controls, Inc. and St. Paul Mercury Insurance Company in Opposition to Defendant's Motion for Summary Judgment* upon Defendant Fisher Controls, Inc. via e-filing and First Class U.S. Mail, postage prepaid, to the above-named persons.

**MARSHALL DENNEHEY WARNER COLEMAN & GOGGIN**

  /s/Thomas P. Wagner
Thomas P. Wagner, Esquire (*pro hac vice*)
1845 Walnut Street, 21st Floor
Philadelphia, PA 19103
tel.: 215.575.4562
e-mail: tpwagner@mdwcg.com
*Of Counsel for Plaintiffs*

**MARSHALL DENNEHEY WARNER COLEMAN & GOGGIN**

  /s/Joseph Scott Shannon
Joseph Scott Shannon, Esquire (I.D. 3434)
1220 North Market Street, 5th Floor
P.O. Box 8888
Wilmington, DE 19899 – 8888
tel.: 302.552.4329
e-mail: jsshannon@mdwcg.com
*Counsel for Plaintiffs*

Dated: December 4, 2007

15/559206.v1

3