IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

NORTHEAST CONTROLS, INC. and )
ST. PAUL MERCURY INSURANCE )
COMPANY, )
                                 )
      Plaintiffs, )
                                 )
    v. ) Civ. No. 06-412-SLR
                                 )
FISHER CONTROLS )
INTERNATIONAL, LLC, )
                                 )
      Defendant. )

## JUDGMENT IN A CIVIL CASE

For reasons stated in the court's memorandum order of January 18, 2008;

IT IS ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of plaintiffs Northeast Controls, Inc. and St. Paul Mercury Insurance Company and against defendant Fisher Controls International, LLC.

                                                            _____
                                                            United States District Judge

Dated: 1/23/08

                                                            _____
                                                            (By) Deputy Clerk