IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NORTHEAST CONTROLS, INC.; and ST. PAUL MERCURY INSURANCE COMPANY, ) ) ) ) | |
| Plaintiffs ) ) | No. 1:06-CV-00412 (SLR) |
| v. ) ) | |
| FISHER CONTROLS INTERNATIONAL, LLC, ) ) | |
| Defendant ) | |

## PLAINTIFFS' MOTION FOR ENTRY OF MONEY JUDGMENT

Plaintiffs Northeast Controls, Inc. and St. Paul Mercury Insurance Company, by and through their counsel, Marshall, Dennehey, Warner, Coleman & Goggin, hereby move this Honorable Court for entry of money judgment and in support thereof aver as follows:

1. This Honorable Court granted Plaintiffs' Motion of Summary Judgment on January 18, 2008.

2. Judgment was entered in favor of the plaintiffs on January 23, 2008.

3. Damages sought by the plaintiffs, Northeast Controls, Inc. and St. Paul Mercury Insurance Company were set forth in the Motion for Summary Judgment and were not contested by Defendant Fisher Controls International, LLC in its opposition.

4. The damage award should also include prejudgment interest.

5. The Court is also requested to award attorneys' fees and costs incurred in this action to enforce plaintiffs' right to indemnity.

6. Accordingly, Plaintiffs respectfully request an entry of judgment in the amount of $1,652,248.20.

MARSHALL, DENNEHEY, WARNER,
COLEMAN & GOGGIN

BY: /s/ *Thomas P. Wagner*
Thomas P. Wagner, Esquire
1845 Walnut Street
Philadelphia, PA 19103
Telephone No. (215) 575-4562
Attorneys for Plaintiffs

BY: /s/ *Joseph Scott Shannon*
JOSEPH SCOTT SHANNON, ESQ.
DE ID #
1220 N. Market Street, 5th Floor
P.O. Box 8888
Wilmington, DE 19899-8888
Attorneys for Plaintiffs

Dated: January 29, 2008

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NORTHEAST CONTROLS, Inc.; and<br>ST. PAUL MERCURY INSURANCE COMPANY, | )<br>)<br>) | |
| Plaintiffs, | )<br>) | Civ. A. No. 06-412-SLR |
| v. | )<br>) | |
| FISHER CONTROLS INTERNATIONAL, LLC, | )<br>) | |
| Defendant. | ) | |

**CERTIFICATION OF COUNSEL PURSUANT TO L.R. 7.1.1**

Thomas P. Wagner, Esquire, hereby certifies pursuant to L.R. 7.1.1 that a reasonable effort has been made to reach agreement with the opposing party on the matters set forth in the attached Motion for Entry of Money Judgment, and no agreement has been reached.

                                        MARSHALL, DENNEHEY, WARNER,
                                            COLEMAN & GOGGIN

                                /s/ *Thomas P. Wagner*
BY:   Thomas P. Wagner, Esquire
        1845 Walnut Street, 17th Floor
        Philadelphia, PA 19103
        tel.: 302.575.4562
        e-mail: tpwagner@mdwcg.com

*Counsel for Northeast Controls, Inc., and
St. Paul Mercury Insurance Co.*

Dated: January 29, 2008

577454-1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NORTHEAST CONTROLS, INC.; and <br> ST. PAUL MERCURY INSURANCE <br> COMPANY, <br><br>                       Plaintiffs <br><br> v. <br><br> FISHER CONTROLS INTERNATIONAL, LLC, <br><br>                       Defendant | No. 1:06-CV-00412 (SLR) |

## ORDER

      **AND NOW**, this _____ day of _____, 2008 having heard the Motion for Entry of Money Judgment of Plaintiffs Northeast Controls, Inc. and St. Paul Mercury Insurance Company and any opposition thereto, IT IS HEREBY ORDERED that Plaintiffs' Motion is GRANTED and the Clerk is directed to enter judgment for the plaintiffs in the amount of $1,625,248.20.

                                          _____
                                          Honorable Sue L. Robinson

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NORTHEAST CONTROLS, INC.<br>    and<br>ST. PAUL MERCURY INSURANCE COMPANY | : <br> : <br> : <br> : <br> : <br> : | CIVIL ACTION – LAW |
| v. | : <br> : <br> : | |
| FISHER CONTROLS INTERNATIONAL, LLC | : | NO. 1:06-CV-00412 (SLR) |

**CERTIFICATE OF SERVICE**

Joseph Scott Shannon, Esquire, hereby certifies that on January 29, 2008, he caused a true and correct copy of Plaintiffs' Motion for Entry of Money Judgment, and its Opening Brief in Support of Plaintiffs' Motion for Entry of Money Judgment, and Appendix A to be served upon the following by electronic filing and mail:

Paul A. Bradley, Esquire  
Maron & Marvel, P.A.  
1201 N. Market Street - Suite 900  
Wilmington, DE  19899  

Daniel Gunter, Esquire  
Riddell Williams, P.S.  
1001 Fourth Avenue Plaza - Suite 4500  
Seattle, WA  98154-1065  

MARSHALL DENNEHEY WARNER  
COLEMAN & GOGGIN  

/s/ Joseph Scott Shannon  
JOSEPH SCOTT SHANNON, ESQUIRE  
Delaware Bar I.D. No. 3434  
1220 North Market Street, 5th Floor  
P.O. Box 8888  
Wilmington, DE 19899 – 8888  
tel.: 302.552.4329  
e-mail: jsshannon@mdwcg.com  
*Counsel for Plaintiffs*