IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NORTHEAST CONTROLS, INC.<br>    and<br>ST. PAUL MERCURY INSURANCE COMPANY | :<br>:<br>:<br>:<br>:<br>: | CIVIL ACTION – LAW |
| v. | :<br>:<br>: | |
| FISHER CONTROLS INTERNATIONAL, LLC | : | NO. 1:06-CV-00412 (SLR) |

APPENDIX A
TO
PLAINTIFFS' OPENING BRIEF IN SUPPORT OF
<u>MOTION FOR ENTRY OF MONEY JUDGMENT</u>

>THOMAS P. WAGNER, ESQUIRE
>MARSHALL, DENNEHEY, WARNER,
>COLEMAN & GOGGIN
>1845 Walnut Street
>Philadelphia, PA  19103
>tel: 215-575-4562
>*Counsel for Plaintiffs*

>JOSEPH SCOTT SHANNON, ESQUIRE
>Delaware Bar I.D. No. 3434
>MARSHALL DENNEHEY WARNER
>COLEMAN & GOGGIN
>1220 North Market Street, 5th Floor
>P.O. Box 8888
>Wilmington, DE 19899 – 8888
>tel.: 302.552.4329
>e-mail: jsshannon@mdwcg.com
>*Counsel for Plaintiffs*

Dated:  January 29, 2008

## TABLE OF CONTENTS

**Document**                                                           **Exhibit**

Representative Agreement
 [A0001-A0012]................................................................................................... 1

Affidavit of Jeffrey Frock, Senior Technical Specialist for Travelers Insurance Company
 [A0013-A0016].................................................................................................. 2

Affidavit of Thomas P. Wagner, Esquire
 [A0017] ............................................................................................................... 3

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NORTHEAST CONTROLS, INC. <br> and <br> ST. PAUL MERCURY INSURANCE COMPANY | : <br> : <br> : <br> : <br> : <br> : | CIVIL ACTION – LAW |
| v. | : <br> : <br> : | |
| FISHER CONTROLS INTERNATIONAL, LLC | : | NO. 1:06-CV-00412 (SLR) |

## CERTIFICATE OF SERVICE

Joseph Scott Shannon, Esquire, hereby certifies that on January 29, 2008, he caused a true and correct copy of Plaintiffs' Motion for Entry of Money Judgment, and its Opening Brief in Support of Plaintiffs' Motion for Entry of Money Judgment, and Appendix A to be served upon the following by electronic filing and mail:

Paul A. Bradley, Esquire  
Maron & Marvel, P.A.  
1201 N. Market Street - Suite 900  
Wilmington, DE  19899

Daniel Gunter, Esquire  
Riddell Williams, P.S.  
1001 Fourth Avenue Plaza - Suite 4500  
Seattle, WA  98154-1065

MARSHALL DENNEHEY WARNER  
COLEMAN & GOGGIN

/s/ Joseph Scott Shannon  
JOSEPH SCOTT SHANNON, ESQUIRE  
Delaware Bar I.D. No. 3434  
1220 North Market Street, 5th Floor  
P.O. Box 8888  
Wilmington, DE 19899 – 8888  
tel.: 302.552.4329  
e-mail: jsshannon@mdwcg.com  
*Counsel for Plaintiffs*