IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NORTHEAST CONTROLS, INC. and ST. PAUL MERCURY INSURANCE COMPANY, | : : : | CIRCUIT COURT DOCKET NO. _____ |
| Plaintiffs, | : : | DISTRICT COURT DOCKET NO. 06-412 |
| v. | : : | |
| FISHER CONTROLS INTERNATIONAL, LLC, | : : | DISTRICT COURT JUDGE: SUE L. ROBINSON |
| Defendant. | : : | |

### NOTICE OF APPEAL TO THE U.S. COURT OF APPEALS FOR THE THIRD CIRCUIT

**NOTICE IS HEREBY GIVEN** that Fisher Controls International, LLC, defendant in the above-named case, hereby appeals to the U.S. Court of Appeals for the Third Circuit from the following judgment and orders of the district court:

1. The judgment in favor of Northeast Controls, Inc. and St. Paul Mercury Insurance Company and against Fisher Controls International, LLC entered in this action on January 23, 2008;

2. The Memorandum Order entered in this action on January 18, 2008, (a) granting plaintiffs Northeast Controls, Inc. and St. Paul Mercury Insurance Company's motion for summary judgment and (b) denying defendant Fisher Controls International, LLC's motion for summary judgment, entered in this action on January 18, 2008; and

3. The Order denying Fisher Control International, LLC's Motion to Amend, entered in this action on November 2, 2007.

| | |
|---|---|
| **MARON MARVEL BRADLEY & ANDERSON, P.A.**<br><br>_/s/ Paul A. Bradley_<br>Paul A. Bradley (DE Bar ID #2156)<br>1201 N. Market Street, Suite 900<br>P.O. Box 288<br>Wilmington, Delaware 19899<br>(302) 425-5177 (phone)<br>(302) 428-0180 (fax)<br>pab@maronmarvel.com<br>Counsel for Appellant | **RIDDELL WILLIAMS P.S.**<br><br>_/s/ Partrick D. McVey_<br>Patrick D. McVey, _pro hac vice_<br>pmcvey@riddellwilliams.com<br>Daniel J. Gunter, _pro hac vice_<br>dgunter@riddellwilliams.com<br>1001 Fourth Avenue Plaza, Suite 4500<br>Seattle, WA 98154<br>(206) 624-3600 (phone)<br>(206) 389-1708 (fax)<br>Counsel for Appellant |

**MARSHALL DENNEHEY WARNER COLEMAN & GOGGIN**

Joseph Scott Shannon
1200 Market Street, Suite 500
P.O. Box 8888
Wilmington, Delaware 19899
(302) 552-4300
(302) 651-7905
sshannon@mdwcg.com
Counsel for Appellee

Date:   January 29, 2008