IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NORTHEAST CONTROLS, INC. and ST. PAUL MERCURY INSURANCE COMPANY<br><br>Plaintiffs,<br><br>v.<br><br>FISHER CONTROLS INTERNATIONAL, LLC<br><br>Defendant. | NO. 06-412<br><br>AFFIDAVIT OF DANIEL J. GUNTER IN SUPPORT OF DEFENDANT FISHER'S RESPONSE TO PLAINTIFFS' MOTION FOR ENTRY OF MONEY JUDGMENT AND MOTION TO AMEND OR ALTER JUDGMENT |

STATE OF WASHINGTON )
                                     : ss.
County of King                  )

I, DANIEL J. GUNTER, being duly sworn, depose and state as follows:

I am one of the attorneys representing defendant Fisher Controls International, LLC, in the above matter. I am competent to attest as to the matters set forth herein, and I make this affidavit based on my personal knowledge.

1.  Twelve depositions were taken in this matter. Counsel for Fisher noted and took the depositions of the following witnesses: Gerard Muller, Bhim Bhakoo, David Pope, Guido Karcher, Dean Murtagh, Michael Peters, Steve Sabia, Albert Cappellini, and James Semple.

///

///

///

///

///

2.  Counsel for plaintiffs noted and took the depositions of the following witnesses: Michael Mason, James Montgomery, and Robert Mostello. The depositions of Michael Mason and James Montgomery were taken telephonically and completed in less than one day.

_____
Daniel J. Gunter

Subscribed and sworn to before me this 8th day of February, 2008.

_____
Printed Name: Molly J McInnis
Notary Public, State of Washington
Residing at Enumclaw
My commission expires: 9/08/11

2

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NORTHEAST CONTROLS, INC.,<br>3 Enterprise Avenue<br>Clifton Park<br>New York, NY 12065<br><br>ST. PAUL MERCURY<br>INSURANCE COMPANY<br>385 Washington Street<br>St. Paul, MN  55102<br><br>      Plaintiffs,<br><br>v.<br><br>FISHER CONTROLS INTERNATIONAL, LLC<br>205 S. Center Street<br>Marshalltown, Iowa 50158<br><br><br>      Defendant. | C.A. No.:  06-412 SLR<br><br>**PROPOSED ORDER AS TO DEFENDANT FISHER CONTROLS INTERNATIONAL, LLC'S BRIEF IN RESPONSE TO PLAINTIFFS' MOTION FOR ENTRY OF MONEY JUDGMENT AND MOTION TO AMEND OR ALTER JUDGMENT** |

**ORDER**

Upon consideration of Plaintiff's Motion for Entry of Money Judgment and Motion to Amend or Alter Judgment,

IT IS SO ORDERED this _____ day of _____, 2008 that:

Plaintiff's Motion for Entry of Money Judgment and Motion to Amend or Alter Judgment is hereby DENIED.

              _____
              The Honorable Sue L. Robinson