OFFICE OF THE CLERK

**MARCIA M. WALDRON**

**CLERK**

UNITED STATES COURT OF APPEALS

FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA 19106-1790

Website: http://www.ca3.uscourts.gov

TELEPHONE

267-299-4923

February 13, 2008

### NOTICE OF DOCKETING OF APPEAL

Northeast Controls Inc, et al.

v

Fisher Controls International LLC

**No.: 06-cv-00412**

**(Honorable Sue L. Robinson)**

An appeal by **Fisher Contr Intl LLC** was filed in the above-caption case on **01/29/08** and docketed in this Court on **02/13/08,** at No. **08-1357**.

Kindly use the Appeals Docket No. **08-1357** when sending documents in this matter to the Court of Appeals or requesting information regarding this case.

All correspondence should be sent to the Case Manager and to the e-mail account **CA03db_DED Appeals**. Please notify Case Manager **LaToya Corprew** at latoya_corprew@ca3.uscourts.gov of any orders, opinions, etc. filed and scanned after the Notice of Appeal has been forwarded to the Court of Appeals.

**Marcia M. Waldron**
**Clerk**