IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NORTHEAST CONTROLS, INC. and ST. PAUL MERCURY INSURANCE COMPANY,<br><br>        Plaintiffs,<br><br>      v.<br><br>FISHER CONTROLS INTERNATIONAL, LLC,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) Civ. No. 06-412-SLR<br>)<br>)<br>)<br>)<br>) |

**AMENDED JUDGMENT IN A CIVIL CASE**

For reasons stated in the court's memorandum order of March 12, 2008;

IT IS ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of plaintiffs Northeast Controls, Inc. and St. Paul Mercury Insurance Company and against defendant Fisher Controls International, LLC. Plaintiffs are awarded damages in the amount of $1,207,833.50 plus prejudgment interest at 9% per annum from June 29, 2006 until March 13, 2008.

_____
United States District Judge

Dated: March 13, 2008

_____
(By) Deputy Clerk