## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NORTHEAST CONTROLS, INC. and ST. PAUL MERCURY INSURANCE COMPANY, | : : : | CIRCUIT COURT DOCKET NO. 08-1357 |
| Plaintiffs, | : : | DISTRICT COURT DOCKET NO. 06-412 |
| v. | : : | DISTRICT COURT JUDGE: |
| FISHER CONTROLS INTERNATIONAL, LLC, | : : | SUE L. ROBINSON |
| Defendant. | : | |

### SUPPLEMENTAL NOTICE OF APPEAL TO THE
### U.S. COURT OF APPEALS FOR THE THIRD CIRCUIT

**NOTICE IS HEREBY GIVEN** that Fisher Controls International, LLC, defendant in the above-named case, hereby supplements its Notice of Appeal filed on January 29, 2008 and further appeals to the U.S. Court of Appeals for the Third Circuit from the following additional Memorandum Order and final judgment of the district court:

1. The Memorandum Order entered in this action on March 12, 2008 only to the extent it granted plaintiffs' Motion to Amend the Judgment and entry of a money judgment in the amount of $1,207,833.50 plus prejudgment interest at 9% per annum from June 29, 2006 until the date on which the court enters the amended final judgment; and

2. The amended judgment in favor of Northeast Controls, Inc. and St. Paul Mercury Insurance Company and against Fisher Controls International, LLC entered in this action on March 13, 2008.

{99999.00936 / W0323003}

| | |
|---|---|
| **MARON MARVEL BRADLEY & ANDERSON, P.A.** | **RIDDELL WILLIAMS P.S.** |
|   |   |
|     */s/ Paul A. Bradley* |     /s/ *Partrick D. McVey* |
| Paul A. Bradley (DE Bar ID #2156) | Patrick D. McVey, *pro hac vice* |
| 1201 N. Market Street, Suite 900 | pmcvey@riddellwilliams.com |
| P.O. Box 288 | Daniel J. Gunter, *pro hac vice* |
| Wilmington, Delaware 19899 | dgunter@riddellwilliams.com |
| (302) 425-5177 (phone) | 1001 Fourth Avenue Plaza, Suite 4500 |
| (302) 428-0180 (fax) | Seattle, WA 98154 |
| pab@maronmarvel.com | (206) 624-3600 (phone) |
| Counsel for Appellant | (206) 389-1708 (fax) |
| | Counsel for Appellant |

**MARSHALL DENNEHEY WARNER COLEMAN & GOGGIN**

Joseph Scott Shannon
1200 Market Street, Suite 500
P.O. Box 8888
Wilmington, Delaware  19899
(302) 552-4300
(302) 651-7905
sshannon@mdwcg.com
Counsel for Appellee

Date:   March 17, 2008

{99999.00936 / W0323003}    2