IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NORTHEAST CONTROLS, INC.,<br>3 Enterprise Avenue<br>Clifton Park<br>New York, NY 12065<br><br>ST. PAUL MERCURY<br>INSURANCE COMPANY<br>385 Washington Street<br>St. Paul, MN 55102<br><br>     Plaintiffs,<br><br>v.<br><br>FISHER CONTROLS INTERNATIONAL, LLC<br>205 S. Center Street<br>Marshalltown, Iowa 50158<br><br>     Defendant. | C.A. No. 06-412 SLR<br><br>**DEFENDANT'S NOTICE OF**<br><br>**WAIVER OF RIGHT TO**<br><br>**FILE OPENING BRIEF** |

  Pursuant to Rule 7.1.2, Fisher Controls International LLC hereby gives notice that it waives its right to file an opening brief in relation to Defendant's Motion for Approval of the Form of Bond with Surety and relies on the contents of it is Motion.

             **MARON MARVEL BRADLEY**
               **& ANDERSON, P.A.**

             /s/ Paul A. Bradley
             Paul A. Bradley (DE Bar ID #2156)
             1201 N. Market Street, Suite 900
             P.O. Box 288
             Wilmington, DE 19899
             (302) 428-0180 (fax)
             pab@maronmarvel.com
             Attorney for Defendant
             Fisher Controls International, LLC

*OF COUNSEL*

**RIDDELL WILLIAMS P.S**.
Patrick D. McVey, Esquire
Daniel J. Gunter, Esquire
1001 Fourth Avenue Plaza,
Suite 4500
Seattle, WA 98154


Date:  September 2, 2008

# CERTIFICATE OF SERVICE

I, Paul A. Bradley, Esquire, hereby certify that, on September 2, 2008, I caused a true and correct copy of the following documents to be served upon counsel of record via electronic filing and hand delivery:

1. Defendant Fisher Controls International, LLC's Motion for Approval of the Form of Bond with Surety; and

2. Defendant Fisher Controls International, LLC's Notice of Waiver of Right to File Opening Brief.

                                              **MARON MARVEL BRADLEY & ANDERSON, P.A.**

                                              /s/ Paul A. Bradley
                                              Paul A. Bradley (DE Bar ID #2156)
1201 N. Market Street, Suite 900
P.O. Box 288
Wilmington, DE 19899
(302) 425-5177 (phone)
(302) 428-0180 (fax)
pab@maronmarvel.com
Attorney for Defendant
Fisher Controls International, LLC

*OF COUNSEL*

**RIDDELL WILLIAMS P.S.**
Patrick D. McVey, Esquire
Daniel J. Gunter, Esquire
1001 Fourth Avenue Plaza
Suite 4500
Seattle, WA 98154